FILED

2004 FEB 10 A 9: 50

U.S. ...
...

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------------x
BENJAMIN LOZOVSKIY           :   CIVIL ACTION
            Plaintiff,   :

V.                           :   NO. 3:01CV00761 (AHN)
                             :
MICHAEL BISHOP, JP NOONAN    :
TRANSPORTATION DBA JEP, INC.,:
AND DESHENG ZHOU             :
            Defendants.   :
-----------------------------------------------------------x

### NOTICE OF SUBSTITUTION OF COUNSEL

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORDS:

    Please take notice that plaintiff, DESHENG ZHOU, substitutes Anthony A. Piazza as his counsel and attorney of record in this matter.

<u>Former Attorney</u>

Plaintiff, DESHENG ZHOU's former counsel:

| | |
|---|---|
| Name of Attorney: | Michelle Napoli-Lipsky, Esq. |
| Firm Name: | Moynahan, Minnella, Broderick & Tindall |
| Address: | 141 East Main Street |
| | P.O. Box 2242 |
| | Waterbury, CT 06722 |
| Telephone Number: | (203) 573-1411 |
| Fax Number: | (203) 757-9313 |
| State Bar Number: | CT 18974 |

is no longer his attorney in this matter.

Plaintiff, DESHENG ZHOU is presently represented by Anthony A. Piazza, Esq. who will continue to represent plaintiff, DESHENG ZHOU as attorney of record on whom all notices and papers may be served as follows:

| | |
|---|---|
| Name of Attorney: | Anthony A. Piazza, Esq. |
| Firm Name: | Law Offices of Anthony A. Piazza |
| Address: | 112 Prospect Street |
| | Stamford, CT 06901 |
| Telephone Number: | (203) 348-2465 |
| Fax Number: | (203) 964-9509 |
| State Bar Number: | CT 04374 |

The undersigned consent to the substitution and certify that this substitution will not delay the proceedings in the matter:

Former Counsel

_____
Michelle Napoli-Lipsky, Esq.
Date: 2/9/04

Law Offices of Anthony A. Piazza

_____
Anthony A. Piazza, Esq.
Date: 2/9/04

## ORDER

SO ORDERED.

Dated: _____


_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATION

This is to certify that on this date, a copy of the foregoing was mailed, first class mail to all counsel as follows:

Former Counsel

Michelle Napoli-Lipsky, Esq.
Moynahan, Minnella, Broderick & Tindall
141 East Main Street
P.O. Box 2242
Waterbury, CT 06722

    for the defendants, Michael Bishop & JP Noonan Transportation d/b/a JEP, INC.
Theodore Heiser, Esq.
Gibson & Behman
71 Bradley Road - Suite 11
Madison, CT 06443
203-245-6176

    for the defendant, Benjamin Lozovskiy
John W. Dietz, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT 06880
203-227-2855

    for the defendant, Desheng Zhou
Kieran S. Cassidy, Esq.
Cassidy, Miolene & Mazza
1375 Kings Hightway East #475
Fairfield, CT 06430
203-331-1505

Brian E. Briones, Esq.
McNamara & Kenney
375 Bridgeport Avenue
Shelton, CT 06484
203-944-6000

for the plaintiff, Benjamin Lozovskiy

_____
Anthony A. Piazza