FILED

2004 FEB 13 A 11: 48

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BENJAMIN LOZOVSKIY, | ) | CIVIL ACTION |
| | ) | |
| Plaintiff | ) | NO. 3:01cv00761 (AHN) |
| | ) | |
| VS. | ) | |
| | ) | |
| MICHAEL A. BISHOP, | ) | |
| JP NOONAN TRANSPORTATION | ) | |
| and DESHUNG ZHOLL, | ) | |
| | ) | |
| Defendants. | ) | FEBRUARY 12, 2004 |

## APPEARANCE

TO:

    Clerk
    U.S. District Court
    915 Lafayette Boulevard
    Bridgeport, CT 06604

Please enter the Appearance of Stephanie J. Sweeney of the law firm of Gibson & Behman, P.C., 71 Bradley Road, Suite 11, Madison, Connecticut 06443, Federal Bar No. ct21807, as Attorney for the Defendants, Michael A. Bishop and JP Noonan Transportation, in the above-captioned matter.

FOR THE DEFENDANTS,
MICHAEL A. BISHOP and JP NOONAN
TRANSPORTATION

By /s/ Stephanie J. Sweeney
Stephanie J. Sweeney
Juris No.: ct21807
GIBSON & BEHMAN, P.C.
71 Bradley Road, Suite 11
Madison, CT 06443
(203) 245-6176

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was hand delivered or mailed, postage prepaid, on this 12th day of February 2004, to:

BRIAN E. BRIONES, ESQ.
McNamara & Kenney
375 Bridgeport Avenue
Shelton, CT 06484

KIERAN S. CASSIDY, ESQ.
Cassidy, Miolene & Mazza
1375 Kings Highway East #475
Fairfield, CT 06430

JOHN DIETZ, ESQ.
Halloran & Sage, LLP
315 Post Road
Westport, CT 06880

MICHELLE NAPOLI-LIPSKY, ESQ.
Moynahan, Minnella, Broderick & Tindall
141 East Main Street
P.O. Box 2242
Waterbury, CT 06722-2242

ANTHONY A PIAZZA, ESQ.
Piazza & Pickel, LLC
112 Prospect Street
Stamford, CT 06901-1207

STUART SHEIMAN, ESQ.
4697 Main Street
Bridgeport, CT 06606

Stephanie J. Sweeney