**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

FILED

2004 FEB 12  P 6: 07

US DIST...

| | | |
|---|---|---|
| **Benjamin Lozoviskiy, et al** | : | |
| | : | |
| **v.** | : | **Civ.No.3:01CV761 (AHN)** |
| | : | |
| **Michael Bishop, et al** | : | |

## NOTICE TO LITIGANTS

You are hereby notified that a United States Magistrate Judge of this District Court is now available to exercise jurisdiction and to conduct all proceedings in this case, including a jury or nonjury trial and the entry of a final judgment.

Exercise of this jurisdiction by a Magistrate Judge is, however, permitted only if <u>all</u> parties voluntarily consent. You may withhold your consent without any effect on the merits of your case, but this will limit action on dispositive motions and jury trials to the assigned U.S. District Judge. District Judges are required by law to give priority to criminal cases. Magistrate Judges conduct trials in civil cases only. If any party withholds consent, neither the Magistrate Judge nor the District Judge to whom this case is assigned will know which party consented and which did not.

Any appeal from a judgment entered by a Magistrate Judge may be taken directly to the United States Court of Appeals for the Second Circuit in the same manner as an appeal from any other judgment of a district court.

The consent form is enclosed. If you wish to consent, sign the form and forward it to other counsel. When all counsel have signed the form, it should be returned to the Clerk of the Court. The Court will then order the matter referred to a Magistrate Judge for all further proceedings.

**Alan H. Nevas**
**United States District Judge**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 FEB 12  P 6: 07

US DISTRICT
DEP COURT

Benjamin Lozoviskiy, et al          :
                                    :
          v.                        :    Civ.No. 3:01CV761 (AHN)
                                    :
Michael Bishop, et al               :

## CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, United States Code, Section 636(c),

the undersigned party or parties to the above-captioned civil matter hereby voluntarily

consent to have a United States Magistrate Judge conduct any and all further proceedings

in the case, including trial, and order the entry of a final judgment.

| Signature | Party Represented | Date |
|---|---|---|
| Brian E. Briones, Esq | Benjamin Lozovskiy | 2/12/04 |
| Signature | PH. Zhou | 2/12/04 |
| John W. Dietz | Benjamin Lozovskiy | 02-12-04 |
| Stephanie Sweeney | Mr. Bishop + JP Noonan | 2-12-04 |

SIGN THIS FORM AND FORWARD IT TO OTHER COUNSEL.  WHEN ALL COUNSEL
HAVE SIGNED THE FORM, RETURN IT TO THE CLERK OF THE COURT.  DO NOT
SEND A COPY OF THIS FORM TO ANY DISTRICT JUDGE OR MAGISTRATE JUDGE.

| | | |
|---|---|---|
| KIERAN CASSIDY | PH Zhou (defendant) | 2-12-04 |
| | PH Zhou | |

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to the Honorable
*Holly B Fitzsimmons* United States Magistrate Judge, for all further
proceedings and the entry of judgment in accordance with 28 U.S.C. 636(c), Fed.R.Civ.P.
73 and the foregoing consent of the parties.

_2/12/04_
Date

_____
United States District Judge