PTC Held
2-12-04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Pretrial Conference Calendar

Honorable Alan H. Nevas, U. S. D. J.
915 Lafayette Boulevard
Bridgeport
Courtroom #3

February 12, 2004

10:30 a.m.

CASE NO. **3:01cv761 (AHN)**    Lozovskiy v Bishop

William P. Antonoff
Gibson & Behman
71 Bradley Rd.
Suite 11
Madison, CT 06443

Brian E. Briones
McNamara & Kenney
375 Bridgeport Ave.
3rd Floor
Shelton, CT 06484

Kieran S. Cassidy
Schwartz & Cassidy
1375 Kings Hwy East.
Ste. 475
Fairfield, CT 06430

John William Dietz
Halloran & Sage
315 Post Rd. West
Westport, CT 06880

Michelle  Napoli-Lipsky
Moynahan Minnella Broderick & Tindall
141 East Main Street
P.O. Box 2242
Waterbury, CT 06722-2242

Anthony A. Piazza
Piazza & Pickel
112 Prospect St., 3rd Fl.
Stamford, CT 06901

Stuart M. Sheiman
4697 Main St.
Bridgeport, CT 06606

                              BY ORDER OF THE COURT
                              KEVIN F. ROWE, CLERK

Any request for postponement should be made to Alice Montz at
203 579-5952