FILED

2004 APR -1  A 11: 53

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Benjamin Lozovskiy

v.                                                   Civ. No. 3:01cv761HBF

Michael Bishop, et al                   March 31, 2004

## MOTION TO WITHDRAW APPEARANCE

The undersigned attorney for the plaintiff, **Desheng Zhou**, respectfully requests permissions to withdraw her appearance from the within case. Plaintiff Zhou continues to be represented by the undersigned's former firm and will not be prejudiced by said withdrawal. Attorney Piazza is prepared to represent Plaintiff Zhou at trial and has no objection to the granting of this motion.

THE PLAINTIFF,

BY: _____
Michelle Napoli-Lipsky
Federal Bar No. 18974
Moynahan, Minnella & Tindall
P.O. Box 2242
141 East Main Street
Waterbury, CT 06702
203-573-1411

## CERTIFICATION

This is to certify that on this date, a copy of the foregoing was mailed, first class mail to all counsel as follows:

for the defendants, Michael Bishop & JP Noonan Transportation d/b/a JEP, INC.
Theodore Heiser, Esq.
Gibson & Behman
71 Bradley Road - Suite 11
Madison, CT 06443

for the defendant, Benjamin Lozovskiy
John W. Dietz, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT 06880

for the defendant, Desheng Zhou
Kieran S. Cassidy, Esq.
Cassidy, Miolene & Mazza
1375 Kings Hightway East #475
Fairfield, CT 06430

for the plaintiff, Benjamin Lozovskiy
Brian E. Briones, Esq.
McNamara & Kenney
375 Bridgeport Avenue
Shelton, CT 06484

for the plaintiff, Desheng Zhou
Anthony A. Piazza, Esq.
Law Offices of Anthony A. Piazza
112 Prospect Street
Stamford, CT 06901

Michelle Napoli-Lipsky