```
                                              FILED

                                          2004 APR 15  A 11: 47

            UNITED STATES DISTRICT COURT  U.S. DISTRICT COURT
                  DISTRICT OF CONNECTICUT  BRIDGEPORT, CONN
```

|  |  |
|---|---|
| DESHENG ZHOU, ET AL., | * CIVIL ACTION |
|  | * NO. 3:01cv00761 (AHN) |
| Plaintiffs, | * |
| against | * |
| MICHAEL BISHOP, ET AL. | * APRIL 14, 2004 |
| Defendants. | * |

### DEFENDANTS' PROPOSED VOIR DIRE

**I.  General Questions About Civil Litigation**

1. Have you ever been involved in a lawsuit, either as plaintiff or defendant, or as a witness? Please describe this for us.

2. Based upon the brief statement of the case, is there anything about this case that you object to?

3. Have you or anyone you are closed to ever been in a motor vehicle accident?

   a. What was the nature of their injuries?

   b. Was a claim filed or lawsuit brought?

   c. Have you or anyone you know ever had a work-related injury?

   d. What was the nature of the injury (generally)?

1

4. Have you or any members of your family worked for an insurance company (or worked in adjusting or evaluating liability claims)?

5. Have your or any members of your family worked for a commercial truck driver or in said industry?

6. At the end of the case the judge will instruct you on the law. Can you follow his instructions even if you disagree with it?

7. Will you decide the case solely on the evidence presented to you?

8. Will you consider each and every element of damages as explained to you by the judge.

9. Burden of proof in civil is preponderance of the evidence (like tipping the scales). The plaintiff must prove his case by preponderance of the evidence.

10. Do you think that the plaintiff must prove his case beyond a reasonable doubt.

11. Do you agree with our legal system that when a person is injured by someone's negligence, the party at fault should pay damages to the injured party (e.g., a motor vehicle accident case)?

12. Do you believe that there are either too many or too few lawsuits in this country?

13. Have you followed any news reports regarding proposals to change our civil liability system? Please describe the story or stories you have followed.

14. Do you have a feeling one way or another about a person who comes to court asking for money damages?

15. Do you recognize the right of a person to come to court to ask for damages?

16. Have you or any family member suffered from any physical pain as a result of an accident?

17. Who was injured?

18. How long did the pain last?

19. Do any of you suffer from a bad back? neck? head injury?

20. Do you understand that you may not award damages unless the plaintiff has met his burden of proving that the defendant is liable?

21. Assume that the plaintiff proves that the defendants are liable, does anyone have a problem with awarding the reasonable medical bills caused by the accident?

22. Do you understand that the burden of proof applies to the plaintiff's alleged damages?

23. Do you understand that the plaintiff must prove to you each element of his damages (e.g., that his medical expenses were causally related to the defendants' negligence)?

24. Assume that the plaintiff proves that the defendants are liable, does anyone have a problem with awarding a reasonable amount of money for pain and suffering and disability caused by the accident?

25. Assume that the plaintiff proves that the defendants are liable, does anyone have a problem with awarding a reasonable amount of money for the reduced ability to enjoy life's activities?

26. Assume that the plaintiff proves that the defendants are liable, does anyone have a problem with awarding a reasonable amount of money for loss of earning capacity?

27. At the end of the case the judge will instruct you on the law. Can you follow her instructions even if you disagree with it?

28. Will you decide the case solely on the evidence presented to you?

29. Will you consider each and every element of damages as explained to you by the judge?

30. Your feelings are as important to the deliberations as everyone else's. Would you make your feelings known during deliberation?

31. Would you listen to everyone else?

32. Do you understand that one of your jobs as a juror will be to make a determination regarding the credibility of the witnesses?

33. Do you understand that you will tasked with determining several issues in dispute in this matter and it is up to you to decide what really happened?

34. You are going to hear from a lot of witnesses and undoubtedly not all the stories you hear will be the same.

4

35. Do you understand that it is perfectly okay for you to consider each witness individually and make a determination, based upon your own life experiences, regarding each witness's credibility? You can decide to believe or disbelieve any witness you choose -- just like you would assess a person's credibility in everyday life.

36. Are you comfortable considering a witness's demeanor on the stand, the logic of his/her testimony and anything else which might normally come into play in your everyday life when assessing credibility of people?

37. Your credibility assessment applies equally to expert witnesses.

38. Do you understand that just because someone is deemed an "expert witness" that doesn't make him/her more or less credible than someone who is not an expert?

Respectfully submitted,

GIBSON & BEHMAN, P.C.

By: _____
Theodore W. Heiser
Gibson & Behman, P.C.
Counsel for the Defendants
J.P. Noonan and Michael Bishop
71 Bradley Road, Suite 11
Madison, Connecticut 06443
(203) 245-6176
CT 23807

5