FILED

2004 APR 15 A 11:47

U.S. DISTRICT COURT
BRIDGEPORT CT

FILED

2004 APR 13 A 4:15

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------x
BENJAMIN LOZOVSKIY           :   CIVIL ACTION
          Plaintiff,       :
                           :
V.                           :   NO. 3:01CV00761 (AHN)
                           :
MICHAEL BISHOP, JP NOONAN    :
TRANSPORTATION DBA JEP, INC.,:   TRIAL MANAGEMENT REPORT
AND DESHENG ZHOU             :
          Defendants.     :   APRIL 12, 2004
------------------------------------------------x

### PLAINTIFF ZHOU'S PROPOSED VOIR DIRE

I.  **General Questions About Civil Litigation**

    1.    Have you ever been involved in a lawsuit, either as plaintiff or defendant, or as a witness? Please describe this for us.

    2.    Based upon the brief statement of the case, is there anything about this case that you object to?

    3.    Have you or anyone you are closed to ever been in a motor vehicle accident?

        a.    What was the nature of their injuries?

        b.    Was a claim filed or lawsuit brought?

        c.    Have you or anyone you know ever had a work-related injury?

        d.    What was the nature of the injury (generally)?

    4.    Have you or any members of your family worked for an insurance company (or worked in adjusting or evaluating liability claims)?

1

5. Have your or any members of your family worked for a commercial truck driver or in said industry?

6. At the end of the case the judge will instruct you on the law. Can you follow his instructions even if you disagree with it?

7. Will you decide the case solely on the evidence presented to you?

8. Will you consider each and every element of damages as explained to you by the judge.

9. Burden of proof in civil is preponderance of the evidence (like tipping the scales). The plaintiff must prove his case by preponderance of the evidence.

10. Do you think that the plaintiff must prove his case beyond a reasonable doubt.

II. **General Questions About Potential Juror's Belief in Tort Law**

11. Do you agree with our legal system that when a person is injured by someone's negligence, the party at fault should pay damages to the injured party (e.g., a motor vehicle accident case)?

12. Do you believe that there are either too many or too few lawsuits in this country?

13. Have you followed any news reports regarding proposals to change our civil liability system? Please describe the story or stories you have followed.

III. **Questions About Damages**

14. Do you have a feeling one way or another about a person who comes to court asking for money damages?

    a. Do you recognize the right of a person to come to court to ask for damages?

15. Have you or any family member suffered from any physical pain as a result of an accident?

    b. Who was injured?

    c. How long did the pain last?

16. Do any of you suffer from a bad back? neck? head injury?

17. Assume that the plaintiff proves that the defendants are liable, does anyone have a problem with awarding the reasonable medical bills caused by the accident?

18. Assume that the plaintiff proves that the defendants are liable, does anyone have a problem with awarding a reasonable amount of money for pain and suffering and disability caused by the accident?

19. Assume that the plaintiff proves that the defendants are liable, does anyone have a problem with awarding a reasonable amount of money for the reduced ability to enjoy life's activities?

20. Assume that the plaintiff proves that the defendants are liable, does anyone have a problem with awarding a reasonable amount of money for loss of earning capacity?

IV. **Questions About Juror Duties**

21. At the end of the case the judge will instruct you on the law. Can you follow his instructions even if you disagree with it?

22. Will you decide the case solely on the evidence presented to you?

22. Will you consider each and every element of damages as explained to you by the judge?

23. Your feelings are as important to the deliberations as everyone else's. Would you make your feelings known during deliberation?

24. Would you listen to everyone else.

THE PLAINTIFF

By  _____
Anthony A. Piazza
Federal Bar No. CT 04374
Law Offices of Anthony A. Piazza
112 Prospect Street, P.O. Box 15390
Stamford, Connecticut 06901-1207
Tel:(203) 348-2465

4