FILED

2004 APR 19 P 1:54

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

----------------------------------------------------------x
BENJAMIN LOZOVSKIY          :   CIVIL ACTION
             Plaintiff,    :
                            :
                            :                B
V.                          :   NO. 3:01CV00761 (HBF)
                            :
MICHAEL BISHOP, JP NOONAN   :
TRANSPORTATION DBA JEP, INC., :
AND DESHENG ZHOU            :
             Defendants.   :
----------------------------------------------------------x

## PLAINTIFF ZHOU'S LIST OF TRIAL EXHIBITS

| NO. | DESCRIPTION | FULL | ID |
|---|---|---|---|
| 1 | Plaintiff's Medical Records from Enzo J. Sella, M.D. of Connecticut Orthopaedic Specialists (10 pages) | | |
| 2 | Plaintiff's Medical Records from Madeleine Kitaj, M.D. of Comprehensive Pain & Treatment (8 pages) | | |
| 3 | Plaintiff's Medical Records from Neil W. Tishoff, M.D. of St. Raphael Magnetic Resonance Center (3 pages) | | |
| 4 | Plaintiff's Medical Records from Jackie Pecora, P.T. of Star Sports Therapy & Rehabilitation (30 pages) | | |
| 5 | Plaintiff's Medical Records from Pingfei Guan of Cheshire Chinese Medical Center (7 pages) | | |
| 6 | Plaintiff's Medical Records from Gene Schulze of Gaylord Hospital (5 pages) | | |
| 7 | Plaintiff's Schedule A & Medical Bills (21 pages) | | |

| 8  | Photographs of property damage to plaintiff's vehicle (8 photos) | | |
|----|------------------------------------------------------------------|--|--|
| 9  | Photographs of property damage to plaintiff Lozovskiy's vehicle (6 photos) | | |
| 10 | Photographs of property damage to defendant Bishop's vehicle (3 photos) | | |
| 11 | Photographs of accident scene (2 photos) | | |
| 12 | Plaintiff's diagram of accident scene (1 page) | | |
| 13 | Trooper Messenger's diagram of the accident scene (2 pages) | | |
| 14 | Defendant Bishop's diagram of the accident scene (1 page) | | |
| 15 | Defendant Bishop's accident form (2 pages) | | |
| 16 | Plaintiff Losovskiy's diagram of the accident scene (1 page) | | |
| 17 | Plaintiff Lozovskiy's statement (4 pages) | | |
| 18 | Plaintiff Lozovskiy's Letter to Public Safety (2 pages) | | |
| 19 | Plaintiff Lozovskiy's No-Fault Statement (1 page) | | |
| 20 | Plaintiff Lozovskiy's June 2, 2001 (Letter) Statement (1 page) | | |
| 21 | Expert Report of James S. Cohen, Ph.D. (Booklet) | | |
| 22 | Expert Report of Gary M. Crakes, Ph.D. (Booklet) | | |
| 23 | Life Expectancy Table (1 page) | | |
| 24 | Plaintiff's Amended Complaint dated October 10, 2001 (9 pages) | | |

| 25 | Defendants, Bishop & JP Noonan's Notice of Removal, dated May 2, 2001 (30 pages) | | |
| 26 | Blow-Up of Photograph of property damage to the rear of plaintiff's vehicle | | |
| 27 | Blow-Up of Photograph of property damage to the passenger side of plaintiff's vehicle | | |
| 28 | Blow-Up of Defendant Bishop's accident form | | |
| 29 | Blow-Up of Photograph of property damage to Lovoskiy's vehicle | | |
| 30 | Blow-Up of Bishop's Accident Form & Diagram | | |

THE PLAINTIFF

BY  *Hugh Donnelly*
Anthony A. Piazza
Federal Bar No. CT 04374
Hugh J. Donnelly
Federal Bar No. CT 11912
Law Offices of Anthony A. Piazza
112 Prospect Street
Stamford, Connecticut 06901-1207
Tel:(203) 348-2465

Certification

On April 19, 2004 I personally hand delivered copies of this pleading to all counsel of Record to this matter:

Theodore W. Heiser, Esq
Gibson + Behman, P.C.
Counsel For Defendants
J.P. Noonan and Michael
Bishop, 71 Bradley Rd, Suite #11
Madison, CT 06443 (203) 245-6176

*Hugh Donnelly*
Hugh J. Donnelly, ESQ

John Dietz, ESQ
Halloran + Sage, LLP
315 Post Rd West
Westport, CT 06880

} Counsel for Defendant Benjamin Lozousky