# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED

Benjamin Lozovskiy

vs

michael Bishop, J P Noonan
Transportation DBA JEP, Inc.,
and Desheng Zhou

APPEARANCE

2004 APR 19 P 1: 55

U.S. DISTRICT COURT
BRIDGEPORT CONN

CASE NUMBER: 3:01cv00761 (HBF)

**To the Clerk of this court and all parties of record:**

Enter my appearance as counsel in this case for:

Desheng Zhou

4-19-04
**Date**

CT 11912
**Connecticut Federal Bar Number**

(203) 348-2465
**Telephone Number**

(203) 964-9509
**Fax Number**

**E-mail address**

Signature

HUGH J. Donnelly, Esq Of counsel
**Print Clearly or Type Name**
LAW OFFICES OF Anthony A. Piazza
112 Prospect Street
**Address**
Stramford, CT 06901-1207

## CERTIFICATE OF SERVICE

hand delivered on 4-19-04

This is to certify that the foregoing Appearance was ~~mailed~~ on this date to the following:

Theodore W. Heiser, Esq
Gibron + Bashman, P.C.
Counsel for Defts. J. P. Noonan
and Michael Bishop
71 Bradley Rd, Suite 11
Madison, CT 06443

John Dietz, Esq
Holloran & Sage, LLP
315 Post Rd West
Westport, CT 06880
Counsel for plft.
~~~~ Benjamin Lozovsky

Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)