# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

Beniamin Lozovskiy

v.

Michael Bishop, J.P. Noonan Transportation and Desheng Zhou

**APPEARANCE**

CASE NUMBER: 3:01CV00761 (HBF)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Michael Bishop and J.P. Noonan Transportation

*FILED 2004 APR 19 P 1:28 U.S. DISTRICT COURT BRIDGEPORT, CONN*

Date: 4/19/04

Signature: [signed]

Connecticut Federal Bar Number: CT 23807

Print Clearly or Type Name: Theodore W. Heiser

Telephone Number: 203-245-6176

Address: 71 Bradley Rd., Suite 11

Fax Number: 203-245-7749

Madison, CT 06443

E-mail address: theiser@gibsonbehman.com

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was ~~mailed~~ hand-delivered on this date to the following:

Hugh Donnelly, Esq.
Law Offices of Anthony Piazza
112 Prospect Street
Stamford, CT 06901

John Dietz, Esq.
Hallovan & Sage, LLP
315 Post Road West
~~Westport~~, CT 06880

Signature: [signed]

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)