CT/cvjysel (January 18, 2002)

TOTAL TIME: ___ hours ___ minutes
HONORABLE Fitzsimmons
DEPUTY CLERK Kolesnikoff   RPTR/(ERO)TAPE Corriette

DATE 4/19/04   START TIME 9:50   END TIME 1:05
LUNCH RECESS FROM ___ TO ___
RECESS FROM ___ TO ___ (if more than 1/2 hour)

Lozovskiy
vs.
Bishop

CIVIL NO. 3:01 CV 761 HBF
3:01 CV 1495 HBF

§
§  ☐ SEE ATTACHED CALENDAR FOR COUNSEL
§
§

Hugh Donnelly
Plaintiffs Counsel

John Deitz
Ted Heizer
Defendants Counsel

## CIVIL JURY SELECTION/CALENDAR CALL

☐ ........  ☐ (call./h) Call of the Calendar held  ☐ (call./set) Call of the Calendar over to ___

☒ ........  ☒ (jyselect./h) Jury Selection held  ☐ Jury Selection continued until ___

☐ ..... #___  Motion ___  ☐ granted ☐ denied ☐ advisement
☐ ..... #___  Motion ___  ☐ granted ☐ denied ☐ advisement
☐ ..... #___  Motion ___  ☐ granted ☐ denied ☐ advisement
☐ ..... #___  Motion ___  ☐ granted ☐ denied ☐ advisement

☐ ........  ___  ☐ filed ☐ docketed
☐ ........  ___  ☐ filed ☐ docketed
☐ ........  ___  ☐ filed ☐ docketed
☐ ........  ___  ☐ filed ☐ docketed

☒ ........  51 # jurors present

☒ ........  Voir Dire oath administered by Clerk ☐ previously administered by Clerk

☒ ........  Voir Dire by Court

☒ ........  Peremptory challenges exercised (See attached)

☒ ........  Jury of 8 drawn (See attached) ☐ and sworn ☐ Jury Trial commences

☒ ........  Remaining jurors excused

☐ ........  Discovery deadline set for ___

☐ ........  Disposition Motions due ___

☐ ........  Joint trial memorandum due ___

☒ ........  Trial continued until 5/4 at 10 AM

☒ COPY TO: JURY CLERK

(CD.10-Rev. 9/92)

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

LOZOVSKIY
v
BISHOP

CASE NO. 3:01CV761

### CIVIL CHALLENGES

1. Mary P. Gerwien #0240
2. Daniel J. McDevitt #0296
3. Daniel R. Estrada, Jr #0230
   #0267
4. Constance Lindsay Stewart

1. Robert McCartney #0203
2. Helene Sibley #0282
3. Mejia Marisol #0284
4. Tammy Cosfen 0218
5. Allan Bogardus #0209
6. Hedy Bauman #0192
7. Melissa Whitaher #0246
8. Elaine Young #0270

_____
COUNSEL FOR PLAINTIFF(S)

_____
COUNSEL FOR DEFENDANT(S)