FILED

2004 APR 26 P 3: 15

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
US DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| DESHENG ZHOU, ET AL., | * CIVIL ACTION |
| | * NO. 3:01cv00761 (AHN) |
| Plaintiffs, | * |
| against | * |
| MICHAEL BISHOP, ET AL., | * APRIL 23, 2004 |
| Defendants. | * |

## DEFENDANTS' WITNESS LIST

1. Michael Bishop (Defendant);

2. Robert Dupuis (Safety Manager of Defendant J.P. Noonan Transportation);

3. Desheng Zhou (Plaintiff);

4. Beniamin Lozovskiy (Defendant);

5. Dr. Patrick Carolan (Defendants' Expert);

6. Dr. Harold Petersen (Defendants' Expert);

7. Stephen Benanti (Defendants' Expert);

8. Dana Johnson (Defendants' Expert); and

9. Trooper Messenger (Investigating Officer).

The defendants reserve the right to call any witnesses listed by the plaintiff or additional

1

witnesses for impeachment or rebuttal.

          Respectfully submitted,

          GIBSON & BEHMAN, P.C.

By: _____
Theodore W. Heiser
Gibson & Behman, P.C.
Counsel for the Defendants
J.P. Noonan and Michael Bishop
71 Bradley Road, Suite 11
Madison, Connecticut 06443
(203) 245-6176
CT 23807

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent by regular mail on this 23rd day of April 2004, to:

JOHN DIETZ, ESQ.
Halloran & Sage, LLP
315 Post Road
Westport, Connecticut  06880

ANTHONY A PIAZZA, ESQ.
Piazza & Pickel, LLC
112 Prospect Street
Stamford, Connecticut  06901-1207

_____
Theodore W. Heiser