FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 APR 30 P 1: 18

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| DESHENG ZHOU, ET AL., | * CIVIL ACTION |
| | * NO. 3:01cv00761 (AHN) |
| Plaintiffs, | * |
| against | * |
| MICHAEL BISHOP, ET AL., | * APRIL 26, 2004 |
| Defendants. | * |

## DEFENDANTS' EXHIBIT LIST

| NO. | EXHIBIT | FULL | ID |
|---|---|---|---|
| 501. | J.P. Noonan truck specification and measurements chart – handwritten | | |
| 502. | J.P. Noonan truck specification and measurements chart - typed | | |
| 503. | Photograph of passenger side front door of Zhou vehicle | | |
| 504. | Photograph of passenger side front door of Zhou vehicle | | |
| 505. | Photograph of right rear quarter panel and rear of Zhou vehicle | | |
| 506. | Photograph of right rear quarter panel of Zhou vehicle | | |
| 507. | Photograph of passenger side front door of Zhou vehicle with traffic in background | | |
| 508. | Photograph of front end of Lozovskiy vehicle against guardrail | | |

1

| # | Description | | |
|---|---|---|---|
| 509. | Photograph of left side of Noonan truck at step rail | | |
| 510. | Photograph of left side of Noonan truck at step rail with yard stick | | |
| 511. | Photograph of tool box on Noonan truck with yardstick | | |
| 512. | Photograph of fuel tank and step on Noonan truck with yardstick | | |
| 513. | Photograph of front-end of Noonan truck | | |
| 514. | Photograph of front-end of Noonan truck | | |
| 515. | Photograph of front-end of Noonan truck with yardstick through license plate | | |
| 516. | Photograph of right side of Noonan truck | | |
| 517. | Photograph of right side of Noonan truck from trailer hitch forward | | |
| 518. | Photograph of front-end of Noonan truck cab only | | |
| 519. | Photograph of fuel tank and step on Noonan truck cab only | | |
| 520. | Photograph of damage to step rail on left side of Noonan truck | | |
| 521. | Photograph of left side of Noonan truck from trailer hitch forward | | |
| 522. | Photograph of interior of front bumper of Noonan truck | | |
| 523. | Photograph of interior of front bumper of Noonan truck | | |
| 524. | Photograph of front bumper left side of Noonan truck | | |
| 525. | Photograph of front bumper left side of Noonan truck with yardstick | | |
| 526. | Photograph of front bumper left side of Noonan truck with yardstick to mirror | | |

| | | |
|---|---|---|
| 527. | Photograph of front-end of Noonan truck cab only | |
| 528. | Robert Dupuis investigative power point production | |
| 529. | Independent Medical Examination Report of Dr. Patrick Carolan | |
| 530. | Dr. Patrick Carolan curriculum vitae | |
| 531. | Expert Report of Dr. Harold Peterson | |
| 532. | Dr. Harold Petersen curriculum vitae | |
| 533. | Expert Report of Dana Johnson | |
| 534. | Dana Johnson curriculum vitae | |
| 535. | Stephen R. Benanti curriculum vitae | |
| 536. | Stephen R. Benanti Accident Reconstruction Analysis | |

The defendants reserve the right to supplement this list for impeachment or rebuttal.

Respectfully submitted,

GIBSON & BEHMAN, P.C.

By: _____
Theodore W. Heiser
Gibson & Behman, P.C.
Counsel for the Defendants
J.P. Noonan and Michael Bishop
71 Bradley Road, Suite 11
Madison, Connecticut 06443
(203) 245-6176
CT 23807

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was sent by facsimile on this 29th day of April 2004, to:

JOHN DIETZ, ESQ.
Halloran & Sage, LLP
315 Post Road
Westport, Connecticut 06880

ANTHONY A PIAZZA, ESQ.
Piazza & Pickel, LLC
112 Prospect Street
Stamford, Connecticut 06901-1207

                                        Theodore W. Heiser