FILED

2004 APR 30 P 1: 18

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DESHENG ZHOU, ET AL., | CIVIL ACTION |
| | NO. 3:01cv00761 (AHN) |
| Plaintiffs, | |
| against | |
| MICHAEL BISHOP, ET AL., | APRIL 29, 2004 |
| Defendants. | |

### DEFENDANTS' AMENDED WITNESS LIST

Michael Bishop (Defendant)

Robert Dupuis (Safety Manager of Defendant J.P. Noonan Transportation)

Desheng Zhou (Plaintiff)

Beniamin Lozovskiy (Defendant)

Dr. Patrick Carolan (Defendants' Expert)

Dr. Harold Petersen (Defendants' Expert)

Stephen Benanti (Defendants' Expert)

Dana Johnson (Defendants' Expert)

1

Respectfully submitted,

GIBSON & BEHMAN, P.C.

By: _____
Bradford J. Sullivan
Gibson & Behman, P.C.
Counsel for the Defendants
J.P. Noonan and Michael Bishop
71 Bradley Road, Suite 11
Madison, Connecticut 06443
(203) 245-6176
CT 23465

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent by facsimile on this 29th day of April 2004, to:

JOHN DIETZ, ESQ.
Halloran & Sage, LLP
315 Post Road
Westport, Connecticut 06880

ANTHONY A PIAZZA, ESQ.
Piazza & Pickel, LLC
112 Prospect Street
Stamford, Connecticut 06901-1207

Bradford J. Sullivan