United States District Court
District of Connecticut
FILED AT BRIDGEPORT
5/4/04
Kevin F. Rowe, Clerk
By: [signature] Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------x
BENJAMIN LOZOVSKIY            :  CIVIL ACTION
            Plaintiff,        :
                              :
V.                            :  NO. 3:01CV00761 (HPF)
                              :
MICHAEL BISHOP, JP NOONAN     :
TRANSPORTATION DBA JEP, INC., :
AND DESHENG ZHOU              :  MAY 3, 2004
            Defendants.       :
---------------------------------------------------------x

## PLAINTIFF ZHOU'S AMENDED LIST OF TRIAL EXHIBITS

| NO. | DESCRIPTION | FULL | ID |
|---|---|---|---|
| 1 | Plaintiff's Medical Records from Enzo J. Sella, M.D. of Connecticut Orthopaedic Specialists (10 pages) | ✓ | |
| 2 | Plaintiff's Medical Records from Madeleine Kitaj, M.D. of Comprehensive Pain & Treatment (8 pages) | ✓ | |
| 3 | Plaintiff's Medical Records from Neil W. Tishoff, M.D. of St. Raphael Magnetic Resonance Center (3 pages) | ✓ | |
| 4 | Plaintiff's Medical Records from Jackie Pecora, P.T. of Star Sports Therapy & Rehabilitation (30 pages) | ✓ | |
| 5 | Plaintiff's Medical Records from Pingfei Guan of Cheshire Chinese Medical Center (7 pages) | ✓ | |
| 6 | Plaintiff's Medical Records from Gene Schulze of Gaylord Hospital (5 pages) | ✓ | |
| 7 | Plaintiff's Schedule A & Medical Bills (21 pages) | ✓ | |

| 8 | Photographs of property damage to plaintiff's vehicle (8 photos) | ✓ | |
|---|---|---|---|
| 9 | Photographs of property damage to plaintiff Lozovskiy's vehicle (6 photos) | ✓ | |
| 10 | Photographs of property damage to defendant Bishop's vehicle (3 photos) | ✓ | |
| 11 | Photographs of accident scene (2 photos) | ✓ | |
| 12 | Plaintiff's diagram of accident scene (1 page) | ✓ | |
| 13 | Trooper Messenger's diagram of the accident scene (2 pages) | ✓ | |
| 14 | Defendant Bishop's diagram of the accident scene (1 page) | ✓ | |
| 15 | Defendant Bishop's accident form (2 pages) | ✓ | |
| 16 | Plaintiff Losovskiy's diagram of the accident scene (1 page) | ✓ | |
| 17 | Plaintiff Lozovskiy's statement (4 pages) | ✓ | |
| 18 | Plaintiff Lozovskiy's Letter to Public Safety (2 pages) | ✓ | |
| 19 | Plaintiff Lozovskiy's No-Fault Statement (1 page) | ✓ | |
| 20 | Plaintiff Lozovskiy's June 2, 2001 (Letter) Statement (1 page) | ✓ | |
| 21 | Expert Report of James S. Cohen, Ph.D. (Booklet) | ✓ | |

| 22 | Expert Report of Gary M. Crakes, Ph.D. (Booklet) | ✓ | |
|---|---|---|---|
| 23 | Life Expectancy Table (1 page) | ✓ | |
| 24 | Plaintiff's Amended Complaint dated October 10, 2001 (9 pages) | ✓ | |
| 25 | Defendants, Bishop & JP Noonan's Notice of Removal, dated May 2, 2001 (30 pages) | ✓ | |
| 26 | Blow-Up of Photograph of property damage to the rear of plaintiff's vehicle | ✓ | |
| 27 | Blow-Up of Photograph of property damage to the passenger side of plaintiff's vehicle | ✓ | |
| 28 | Blow-Up of Defendant Bishop's accident form | ✓ | |
| 29 | Blow-Up of Photograph of property damage to Lovoskiy's vehicle | ✓ | |
| 30 | Blow-Up of Bishop's Accident Form & Diagram | ✓ | |
| 31 | Video Tape of crash scene taken on 01/04/00 by TV Channel 8 | ? | |
| 32 | Letter, dated 10/06/00 to plaintiff from University of Bridgeport confirming acceptance into the graduate School of Engineering & Design, as a Computer Science Major | ? | |
| 33 | Southern Connecticut State University transcript for the plaintiff Spring/Summer 2000 | ? | |

| 34 | University of Bridgeport - Schedule Change Request Form, filed by plaintiff withdrawing from graduate program due to health problems caused by the collision | ? | |
|----|----|----|----|

                                  THE PLAINTIFF

BY  _____
      Anthony A. Piazza
      Federal Bar No. CT 04374
      Hugh J. Donnelly
      Federal Bar No. CT 11912
      Law Offices of Anthony A. Piazza
      112 Prospect Street
      Stamford, Connecticut 06901-1207
      Tel:(203) 348-2465

## CERTIFICATION

This is to certify that on this date, a copy of the foregoing was sent via facsimile and via U.S. Mail, postage prepaid to all counsel as follows:

For the defendants, Michael Bishop & JP Noonan Transportation d/b/a JEP, INC.
Theodore Heiser, Esq.
Gibson & Behman
71 Bradley Road, Suite 11
Madison, CT 06443

For the defendant, Benjamin Lozovskiy
John W. Dietz, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT 06880

_____
Hugh J. Donnelly