United States District Court
District of Connecticut
FILED AT         BRIDGEPORT

5/4/04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------x
BENJAMIN LOZOVSKIY                : CIVIL ACTION
               Plaintiff,       :
                                  :
V.                                : NO. 3:01CV00761 (AHN)
                                  :
MICHAEL BISHOP, JP NOONAN         :
TRANSPORTATION DBA JEP, INC.,     :
AND DESHENG ZHOU                  : MAY 3, 2004
               Defendants.      :
------------------------------------------------------------x

## PLAINTIFF'S ZHOU'S AMENDED LIST OF WITNESSES

The plaintiff, **DESHENG ZHOU**, in the above-captioned action hereby submits to the Court a list of witnesses plaintiff expects to call during the course of this trial:

1. <u>Desheng Zhou - Plaintiff - 1 Campbell Avenue, West Haven, CT 06516</u>
   Plaintiff will testify about the accident and damages;

2. <u>Yurong Lui Zhou - Plaintiff's wife - 1 Campbell Avenue, West Haven, CT 06516</u>
   Plaintiff's wife will testify as to her husbands injuries and how his lifestyle has changed as a result of the accident.

3. <u>Madeleine Kitaj, M.D. - Expert -130 Division Street, Derby, CT 06418</u>
   Dr. Kitaj is a doctor at Comprehensive Pain & Headache Treatment Center. Dr. Kitaj will testify in accordance with her notes, records, and reports. She will testify as to the nature and extent of the plaintiff's injuries and conditions sustained including her evaluation, treatment and recommended treatment thereof. Further, she will testify as to the causal relationship between the incident which is the subject of the plaintiff's complaint and the injuries sustained. She will give an opinion as to the permanent disability the plaintiff suffered, its effect and any future conditions this injury has precipitated. She will also testify as to the cost of said treatment and any future treatment.

4.  <u>Trooper Gary Messenger - Connecticut State Police,   Middletown, CT</u>
    Trooper Messenger will testify as to the police accident report he prepared and his observance on the date of the accident.

5.  <u>James S. Cohen, Ph.D. - Expert - 8 Barbara's Way, Ellington, CT 06029</u>
    Dr. Cohen is a Vocational Rehabilitation Specialist and will testify as to the employability and earning capacity of the plaintiff as a result of the subject accident, the plaintiff's career abilities, career interests, transferable skills, career clusters/titles/salary levels, and local employer contacts/ job leads.

6.  <u>Gary Crakes, Ph.D. - Expert - 860 Ward Lane, Cheshire, CT 06410</u>
    Dr. Crakes is a economic expert and will testify as to the economic loss of earning capacity suffered by the plaintiff including loss of wages and employment benefits.

THE PLAINTIFF

BY    _____
Anthony A. Piazza
Federal Bar No. CT 04374
Hugh J. Donnelly
Federal Bar No. CT 11912
Law Offices of Anthony A. Piazza
112 Prospect Street
Stamford, Connecticut 06901-1207
Tel:(203) 348-2465

## CERTIFICATION

This is to certify that on this date, a copy of the foregoing was sent via facsimile and via U.S. Mail, postage prepaid to all counsel as follows:

For the defendants, Michael Bishop & JP Noonan Transportation d/b/a JEP, INC.
Theodore Heiser, Esq.
Gibson & Behman
71 Bradley Road, Suite 11
Madison, CT 06443

For the defendant, Benjamin Lozovskiy
John W. Dietz, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT 06880

_____
Hugh J. Donnelly