United States District Court
District of Connecticut
FILED AT    BRIDGEPORT

5/4/04                    20
Kevin F. Rowe, Clerk

By: _____
        Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------x
BENJAMIN LOZOVSKIY             :   CIVIL ACTION
              Plaintiff,                :
                                              :
V.                                            :   NO. 3:01CV00761 (HBF)
                                              :
MICHAEL BISHOP, JP NOONAN      :
TRANSPORTATION DBA JEP, INC.,  :
AND DESHENG ZHOU               :
              Defendants.              :   MAY 3, 2004
------------------------------------------------------------x

## PLAINTIFF'S PROPOSED OPENING STATEMENT

This lawsuit involves the personal injuries suffered by the plaintiff, Desheng Zhou that resulted from a motor vehicle crash that occurred on January 4, 2000 at approximately 9:37 a.m. on Interstate 91 southbound, near Wallingford, Connecticut. On that date, Mr. Zhou was 36 years old. Mr. Zhou, was operating his 1998 tan Maxima in the middle lane. The defendant, Beniamine Lozovskiy, was driving a red 1979 Camaro, in the far right lane. Behind both the defendant Lozovskiy and the plaintiff, Mr. Zhou, was the defendant, Michael Bishop, who was operating a 1991 Mack truck owned by the corporate defendant, J.P. Noonan Transportation, Inc. The front bumper of this 1991 Mack truck was painted orange-red.

There will be testimony from the plaintiff, Mr. Zhou and from the defendant, Mr. Lozovskiy, that to avoid rear-ending Mr. Lozovskiy's red 1979 Camaro, the defendant truck driver, Michael

Bishop, skidded into the center lane. Further, there will be testimony that the orange-red painted bumper of the 1991 Mack truck struck the tan Maxima at the location of the rear passenger's side panel. This impact caused orange-red paint to be transferred to that portion of Mr. Zhou's tan Maxima. After this first collision, the plaintiff, Mr. Zhou's car, then spun and came into contact with the rear portion of the defendant Mr. Lozovskiy, red 1979 Camaro. As a result of this second impact, there was damage to the front passenger's side door of Mr. Zhou's tan Maxima and further the transfer of bright red paint from the defendant, Mr. Lozovskiy's 1979 Camaro.

If you find that the negligence of the defendant, Michael Bishop, the truck driver for the corporate defendant, J.P. Noonan, caused this crash, damages to the plaintiff, Mr. Zhou will be easy to calculate. In Connecticut, plaintiffs are allowed to put into evidence the records of the positions and other health care providers instead of calling them as witnesses. This has been done. The loss of future income alone to the plaintiff, Mr. Zhou will be in excess of a million dollars based upon the reports and testimony of vocational rehabilitation specialists, Dr. James Cohen and economist, Dr. Gary M. Crakes.

If the plaintiff Mr. Zhou can show by his own testimony, the testimony of the responding Connecticut State Trooper Messenger, the photographs taken at the crash scene, the police accident report, prepared by Trooper Messenger, the TV Channel 8 video of the crash scene, and the corporate defendant, by it's driver, Michael Bishop, struck the plaintiff's tan Maxima leaving orange- red paint on the rear corner panel on the passenger's side door, you will find in favor of the plaintiff.

If, however, the plaintiff, Mr. Zhou, does not prove that the corporate defendant, J.P. Noonan Transportation, Inc. by it's driver, Michael Bishop, hit Mr. Zhou's tan Maxima, you will find against the plaintiff.

                RESPECTFULLY SUBMITTED,

BY: _____
Hugh J. Donnelly
The Piazza Law Firm
112 Prospect Street
Stamford, Connecticut 06901
(203) 348-2465
Juris No. 43221

## CERTIFICATION

This is to certify that on this date, a copy of the foregoing was mailed, first class mail to all counsel as follows:

for the defendants, Michael Bishop & JP Noonan Transportation d/b/a JEP, INC.
Theodore Heiser, Esq.
Gibson & Behman
71 Bradley Road - Suite 11
Madison, CT 06443
203-245-6176

for the defendant, Benjamin Lozovskiy
John W. Dietz, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT 06880
203-227-2855

_____
HUGH J. DONNELLY