CT/cvtrial (October 17, 2001)

TOTAL TIME: 5 hours 30 minutes     HONORABLE _____
DEPUTY CLERK Vaiman   RPTR/ER/TAPE Cometa

DATE 5/4/04     START TIME 10:00     END TIME 4:30
LUNCH RECESS FROM 1:00 TO 2:20
RECESS FROM _____ TO _____ (if more than 1/2 hour)

Benjamin Losovsky
Desheng Zhou,
    vs.
Michal Bishop, et al

CIVIL NO. 3:01CV761

Hugh Donnelly
  Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Hugh R. Donnelly
  Defendants Counsel

John Dietz
Theodore Heiser

## CIVIL JURY/COURT TRIAL

[✓] Jury of 8 report (see attached) [✓] Jury sworn
[✓] (jytrl./h) Jury Trial held  ☐ (jytrl./set) Jury Trial continued until 5-5-04 at 10:00
☐ (ctrl./h) Court Trial held  ☐ (ctrl./set) Court Trial continued until ___ at ___
☐ ctrlconc .   Court Trial concluded ☐ DECISION RESERVED ☐ SEE reverse for verdict
☐ ...#  Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ...#  Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ...#  Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ...#  Motion _____ ☐ granted ☐ denied ☐ advisement
[✓] oralm..... Oral Motion To Exclude Tape - "Video Tape"  [✓] granted ☐ denied ☐ advisement
☐ oralm..... Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm..... Oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm..... Oral motion _____ ☐ granted ☐ denied ☐ advisement
                                              ☐ filed ☐ docketed
                                              ☐ filed ☐ docketed
                                              ☐ filed ☐ docketed
                                              ☐ filed ☐ docketed
                                              ☐ filed ☐ docketed
                                              ☐ filed ☐ docketed
                                              ☐ filed ☐ docketed

☐ Plaintiff(s) rests ☐ Defense rests
Briefs due: ☐ Pltf _____ Deft _____ Reply _____
☐ Summation held ☐ Court's Charge to the Jury
All full exhibits, ☐ Verdict Form handed to the jury ☐ Interrogatories to the Jury handed to the jury
Jury commences deliberations at _____
Court orders Jury to be fed at Govt. expense (see attached bill)
SEE ☐ reverse ☐ attached

☐ COPY TO: JURY CLERK (JURY TRIALS ONLY)