CT/cvtrial (October 17, 2001)

TOTAL TIME: 5 hours 30 minutes     HONORABLE Simmons
DEPUTY CLERK Gutierrez Candee     RPTR/ERO/TAPE Cornette Baldwin

DATE 5-5-04     START TIME 10:30     END TIME 5:40
LUNCH RECESS FROM 12:40 TO 2:00 PM
RECESS FROM _____ TO _____ (if more than 1/2 hour)

Benjamin Lozovski    CIVIL NO. 3:01cv761
§
§                                    Hugh Donnelly
vs.                               §                         Plaintiffs Counsel
§        ☐ SEE ATTACHED CALENDAR FOR COUNSEL
Michael Bishop, et al   §        John Diefe
§                                    Defendants Counsel
                                     Theodore Heiser
                                     Sullivan

## CIVIL JURY/COURT TRIAL

☑ Jury of ___ report (see attached) ☐ Jury sworn
☑ (jytrl./h) Jury Trial held  ☐ (jytrl./set) Jury Trial continued until 5/6/04 at 10:00
☐ (ctrl./h) Court Trial held  ☐ (ctrl./set) Court Trial continued until ___ at ___
ctrlconc. Court Trial concluded  ☐ DECISION RESERVED  ☐ SEE reverse for verdict

Motion _____ ☐ granted ☐ denied ☐ advisement
Motion _____ ☐ granted ☐ denied ☐ advisement
Motion _____ ☐ granted ☐ denied ☐ advisement
Motion _____ ☐ granted ☐ denied ☐ advisement
Oral Motion _____ ☐ granted ☐ denied ☐ advisement
Oral Motion _____ ☐ granted ☐ denied ☐ advisement
Oral motion _____ ☐ granted ☐ denied ☐ advisement
Oral motion _____ ☐ granted ☐ denied ☐ advisement

_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed
_____ ☐ filed ☐ docketed

☐ Plaintiff(s) rests ☐ Defense rests
Briefs due: ☐ Pltf ___ Deft ___ Reply ___
☐ Summation held ☐ Court's Charge to the Jury
All full exhibits, ☐ Verdict Form handed to the jury ☐ Interrogatories to the Jury handed to the jury
Jury commences deliberations at ___
Court orders Jury to be fed at Govt. expense (see attached bill)
SEE ☐ reverse ☐ attached

☐ COPY TO: JURY CLERK (JURY TRIALS ONLY)