CT/qvtrial (October 17, 2001)
HONORABLE _____

TOTAL TIME: 2 hours 30 minutes
DEPUTY CLERK: Laiman Candee
RPTR/ERO/TAPE: Cornette Fazekas p.m.

DATE 5-6-04    START TIME 10:00    END TIME 5:30
LUNCH RECESS FROM 1:45 TO 2:20
RECESS FROM ___ TO ___ (if more than 1/2 hour)

Benjamin Lozoskiy

vs.

Michael Bishop, Et Al

CIVIL NO. 3:01CV761(HBF)

Hugh Donnelly
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

John Diete
Defendants Counsel

Theodore Heiser

**CIVIL JURY/COURT TRIAL**

☑ Jury of 8 report (see attached) ☐ Jury sworn
☑ (jytrl./h) Jury Trial held ☑ (jytrl./set) Jury Trial continued until ___ at ___
☐ (ctrl./h) Court Trial held ☐ (ctrl./set) Court Trial continued until ___ at ___
☐ Court Trial concluded ☐ DECISION RESERVED ☐ SEE reverse for verdict

Motion ___ ☐ granted ☐ denied ☐ advisement
Motion ___ ☐ granted ☐ denied ☐ advisement
Motion ___ ☐ granted ☐ denied ☐ advisement
Motion ___ ☐ granted ☐ denied ☐ advisement
Oral Motion *To have exhibits admitted #14, 15, 16, 17* ☐ granted ☐ denied ☐ advisement (oralm. p/a ✓)
Oral Motion ___ ☐ granted ☐ denied ☐ advisement
Oral motion ___ ☐ granted ☐ denied ☐ advisement
Oral motion ___ ☐ granted ☐ denied ☐ advisement

___ ☐ filed ☐ docketed
___ ☐ filed ☐ docketed
___ ☐ filed ☐ docketed
___ ☐ filed ☐ docketed
___ ☐ filed ☐ docketed
___ ☐ filed ☐ docketed
___ ☐ filed ☐ docketed

☐ Plaintiff(s) rests ☐ Defense rests
Briefs due: ☐ Pltf ___ Deft ___ Reply ___
☐ Summation held ☐ Court's Charge to the Jury
All full exhibits, ☐ Verdict Form handed to the jury ☐ Interrogatories to the Jury handed to the jury
Jury commences deliberations at ___
Court orders Jury to be fed at Govt. expense (see attached bill)
SEE ☐ reverse ☐ attached

☐ COPY TO: JURY CLERK (JURY TRIALS ONLY)