CT/cvtrial (October 17, 2001)

TOTAL TIME: 2 hours ___ minutes

HONORABLE: *Arterton*
DEPUTY CLERK: Candee/Jaiman
RPTR/ERO/TAPE: Baldwin

DATE: 5/7/04   START TIME: 10:10 am   END TIME: 5:40
LUNCH RECESS FROM 1:05 pm TO 2:10
RECESS FROM ___ TO ___ (if more than 1/2 hour)

Beniamin Lozoskiy

CIVIL NO. 3:01CV761 (HBF)

vs.

Michael Bishop, et al

Plaintiffs Counsel: Hugh Donnelly

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Defendants Counsel: John Viete, Theodore Heiser

## CIVIL JURY/COURT TRIAL

☑ Jury of **8** report (see attached) ☐ Jury sworn
☑ (jytrl./h) Jury Trial held  ☑ (jytrl./set) Jury Trial continued until **5/10/04** at **9:00**
☐ (ctrl./h) Court Trial held  ☐ (ctrl./set) Court Trial continued until ___ at ___
☐ Court Trial concluded ☐ DECISION RESERVED ☐ SEE reverse for verdict

Motion: *Deft. permission to offer deposition testimony of Michael Bishop at trial* ☐ granted ☐ denied ☐ advisement
Motion: ___ ☐ granted ☐ denied ☐ advisement
Motion: ___ ☐ granted ☐ denied ☐ advisement
Motion: ___ ☐ granted ☐ denied ☐ advisement

Oral Motion: *for a capias for Michael Bishop* ☑ granted ☐ denied ☐ advisement
Oral Motion: ___ ☐ granted ☐ denied ☐ advisement
Oral motion: ___ ☐ granted ☐ denied ☐ advisement
Oral motion: ___ ☐ granted ☐ denied ☐ advisement

*Affirmation of Counsel w/ Copy of subpoena attached* ☑ filed ☐ docketed

☐ Plaintiff(s) rests  ☐ Defense rests
Briefs due: ☐ Pltf ___ Deft ___ Reply ___
☐ Summation held  ☐ Court's Charge to the Jury
All full exhibits, ☐ Verdict Form handed to the jury ☐ Interrogatories to the Jury handed to the jury
Jury commences deliberations at ___
Court orders Jury to be fed at Govt. expense (see attached bill)
SEE ☐ reverse ☐ attached

☒ COPY TO: JURY CLERK (JURY TRIALS ONLY)