Case 3:01-cv-00761-HBF   Document 66   Filed 05/10/2004   Page 1 of ...

CT/cvtrial (October 17, 2001)

HONORABLE H. F. ___
DEPUTY CLERK _Chasee_   RPTR/ERO/TAPE _Corriette / Baldwin_

TOTAL TIME: ___ hours ___ minutes

DATE 5/10/04   START TIME 9:10 a.m.   END TIME 7:30
LUNCH RECESS FROM 1:00 TO 1:50
RECESS FROM ___ TO ___ (if more than 1/2 hour)

Desheng Zhou, et al   CIVIL NO. 3:01CV761 (HBF)

vs.

Michael Bishop, et al

Plaintiffs Counsel: Hugh Donnelly
☐ SEE ATTACHED CALENDAR FOR COUNSEL
Defendants Counsel: John Dietz, Theodore Heiser

## CIVIL JURY/COURT TRIAL

☑ Jury of __8__ report (see attached)  ☐ Jury sworn
☑ (jytrl./h) Jury Trial held  ☑ (jytrl./set) Jury Trial continued until 5/11/04 at 9:00 am
☐ (ctrl./h) Court Trial held  ☐ (ctrl./set) Court Trial continued until ___ at ___
☐ ctrlconc. Court Trial concluded  ☐ DECISION RESERVED  ☐ SEE reverse for verdict
☑ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ Motion _____ ☐ granted ☐ denied ☐ advisement
☑ Oral Motion ~~Directed Verdict~~ ☐ granted ☐ denied ☐ advisement
☐ Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ Oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ Oral motion _____ ☐ granted ☐ denied ☐ advisement

☐ filed ☐ docketed (×7)

☐ Plaintiff(s) rests  ☐ Defense rests
Briefs due: ☐ Pltf ___ Deft ___ Reply ___
☐ Summation held  ☐ Court's Charge to the Jury
All full exhibits, ☐ Verdict Form handed to the jury  ☐ Interrogatories to the Jury handed to the jury
Jury commences deliberations at ___
Court orders Jury to be fed at Govt. expense (see attached bill)
SEE ☐ reverse ☐ attached

☐ COPY TO: JURY CLERK (JURY TRIALS ONLY)