CT/cvtrial (October 17, 2001)

HONORABLE **Fitzsimmons**

DEPUTY CLERK **Candee**          RPTR/ERO/TAPE **Corriette**

TOTAL TIME: ____ hours ____ minutes

DATE **5/11/04**     START TIME **9:15**     END TIME **5:00**

LUNCH RECESS FROM _____ TO _____

RECESS FROM **4:43** TO **4:45**     (if more than 1/2 hour)

**4:59 - 5:00**

**Densheng Zhou, et al**          CIVIL NO. **3:01CV761 (HBF)**

vs.                                             **Hugh Donnelly**
                                                Plaintiffs Counsel

**Michael Bishop, et al**          ☐ SEE ATTACHED CALENDAR FOR COUNSEL

                                                **John Leite**
                                                Defendants Counsel

                                                **Theodore Heiser**

## CIVIL JURY/COURT TRIAL

☑ Jury of **8** report (see attached)  ☐ Jury sworn  **Deliberation**
☑ (jytrl./h) Jury Trial held  ☐ (jytrl./set) Jury Trial continued until **5-12-04** at **8:30**
☐ (ctrl./h) Court Trial held  ☐ (ctrl./set) Court Trial continued until _____ at _____
☐ Court Trial concluded  ☐ DECISION RESERVED  ☐ SEE reverse for verdict

Motion _____ ☐ granted ☐ denied ☐ advisement
Motion _____ ☐ granted ☐ denied ☐ advisement
Motion _____ ☐ granted ☐ denied ☐ advisement
Motion _____ ☐ granted ☐ denied ☐ advisement
Oral Motion _____ ☐ granted ☐ denied ☐ advisement
Oral Motion _____ ☐ granted ☐ denied ☐ advisement
Oral motion _____ ☐ granted ☐ denied ☐ advisement
Oral motion _____ ☐ granted ☐ denied ☐ advisement

☐ Plaintiff(s) rests  ☐ Defense rests

Briefs due: ☐ Pltf _____ Deft _____ Reply _____

☑ Summation held  ☐ Court's Charge to the Jury

All full exhibits, ☐ Verdict Form handed to the jury ☑ Interrogatories to the Jury handed to the jury

Jury commences deliberations at **3:50 Continue**

Court orders Jury to be fed at Govt. expense (see attached bill)

SEE ☐ reverse ☐ attached

☐ COPY TO: JURY CLERK (JURY TRIALS ONLY)