HONORABLE _F_____  
DEPUTY CLERK Gutierrez / Candee   RPTR/ERO/TAPE Baldwin / Cornette

TOTAL TIME: ___ hours ___ minutes

DATE 5-12-04   START TIME 9:40   END TIME 11:20  
LUNCH RECESS FROM ___ TO ___  
RECESS FROM 9:05 TO 11:20 (if more than 1/2 hour)

Besheng Zhou

CIVIL NO. 3:01cv761  
§  
§  
vs.   §   ☐ SEE ATTACHED CALENDAR FOR COUNSEL  
§  
§

Michael Bishop, et al

Hugh Donnelly  
Plaintiffs Counsel

John Pietz  
Theodore Heiser  
Defendants Counsel

## CIVIL JURY/COURT TRIAL

☐ Jury of ___ report (see attached) ☐ Jury sworn  
☑ (jytrl./h) Jury Trial held  ☐ (jytrl./set) Jury Trial continued until ___ at ___  
☐ (ctrl./h) Court Trial held  ☐ (ctrl./set) Court Trial continued until ___ at ___  
☐ ctrlconc. Court Trial concluded ☐ DECISION RESERVED ☐ SEE reverse for verdict  
☐ # Motion _____ ☐ granted ☐ denied ☐ advisement  
☐ # Motion _____ ☐ granted ☐ denied ☐ advisement  
☐ # Motion _____ ☐ granted ☐ denied ☐ advisement  
☐ # Motion _____ ☐ granted ☐ denied ☐ advisement  
☐ oralm Oral Motion _____ ☐ granted ☐ denied ☐ advisement  
☐ oralm Oral Motion _____ ☐ granted ☐ denied ☐ advisement  
☐ oralm Oral motion _____ ☐ granted ☐ denied ☐ advisement  
☐ oralm Oral motion _____ ☐ granted ☐ denied ☐ advisement  
☐ filed ☐ docketed  
☐ filed ☐ docketed  
☐ filed ☐ docketed  
☐ filed ☐ docketed  
☐ filed ☐ docketed  
☐ filed ☐ docketed  
☐ filed ☐ docketed

☐ Plaintiff(s) rests  ☐ Defense rests  
Briefs due: ☐ Pltf _____ Deft _____ Reply _____  
☐ Summation held  ☐ Court's Charge to the Jury  
All full exhibits, ☐ Verdict Form handed to the jury ☐ Interrogatories to the Jury handed to the jury  
☑ Jury commences deliberations at 9:15  
Court orders Jury to be fed at Govt. expense (see attached bill)  
SEE ☐ reverse ☐ attached

☑ COPY TO: JURY CLERK (JURY TRIALS ONLY)

☐ ........ Court declares MISTRIAL

☐ jyy ...... Verdict Form filed

☑ ........ VERDICT: _favor Defendant_

☑ ........ Court accepts verdict and orders verdict verified and recorded

☑ ........ Jury polled

## MISCELLANEOUS PROCEEDINGS

# Jury List

Judge: **HOLLY B. FITZSIMMONS**  
Event: **3:01CV761 (HBI**

Date: 5/11/04  
Time: 7:54 AM

| Seat# | Part No. | Name | Type |
|---|---|---|---|
| 1 | 100096423 | POLLEY, DAVID J | Juror |
| 2 | 100089815 | SALDANHA, ROMEO M | Juror |
| 3 | 100108607 | AMORELLO, PAUL F | Juror |
| 4 | 100116786 | BROOKS, WILLIE M | Juror |
| 10 | 100101834 | PAXINOS, MARINOS | Juror |
| 11 | 100089207 | HIRA, PATRICIA S | Juror |
| 12 | 100108096 | LETHBRIDGE JR, JOHN D | Juror |
| 13 | 100126379 | BEAMONTE, CARLOS | Juror |