United States District Court
District of Connecticut
FILED AT    BRIDGEPORT

5-12-04 20
Kevin F. Rowe, Clerk

By: _____

United States District Court
District of Connecticut
FILED AT    BRIDGEPORT

5/4/04 20
Kevin F. Rowe, Clerk

By: _____
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------x
BENJAMIN LOZOVSKIY          :   CIVIL ACTION
            Plaintiff,      :
                            :
V.                          :   NO. 3:01CV00761 (HPF)
                            :
MICHAEL BISHOP, JP NOONAN   :
TRANSPORTATION DBA JEP, INC.,:
AND DESHENG ZHOU            :   MAY 3, 2004
            Defendants.     :
------------------------------------------------x

### PLAINTIFF ZHOU'S AMENDED LIST OF TRIAL EXHIBITS

| NO. | DESCRIPTION | FULL | ID |
|---|---|---|---|
| 1 Full | Plaintiff's Medical Records from Enzo J. Sella, M.D. of Connecticut Orthopaedic Specialists (10 pages) | ✓ | |
| 2 Full | Plaintiff's Medical Records from Madeleine Kitaj, M.D. of Comprehensive Pain & Treatment (8 pages) | ✓ | |
| 3 Full | Plaintiff's Medical Records from Neil W. Tishoff, M.D. of St. Raphael Magnetic Resonance Center (3 pages) | ✓ | |
| 4 Full | Plaintiff's Medical Records from Jackie Pecora, P.T. of Star Sports Therapy & Rehabilitation (30 pages) | ✓ | |
| 5 Full | Plaintiff's Medical Records from Pingfei Guan of Cheshire Chinese Medical Center (7 pages) | ✓ | |
| 6 Full | Plaintiff's Medical Records from Gene Schulze of Gaylord Hospital (5 pages) | ✓ | |
| 7 Full | Plaintiff's Schedule A & Medical Bills (21 pages)  Witness Yurong Lui Zhou | ✓ | |

Handwritten annotations left margin: "Doc Full 5/5/04" next to items 1–6; "46 5-4-04 Full" next to item 7.

| | | | | |
|---|---|---|---|---|
| 5/4/04 → full | 8 ✓ | Photographs of property damage to plaintiff's vehicle (8 photos) w/ Trooper Messenger 2 pages | ✓ | |
| 5/4/04 → full | 9 ✓ | Photographs of property damage to plaintiff Lozovskiy's vehicle (6 photos) Witness/Messenger | ✓ | |
| 5/4/04 → full | 10 ✓ | Photographs of property damage to defendant Bishop's vehicle (3 photos) w/ Messenger | ✓ | |
| 5/4/04 → full | 11 ✓ | Photographs of accident scene (2 photos) w/ Trooper Messenger | ✓ | |
| 5/4/04 → 12A   yo 5-5-04 | 12 ✓ | Plaintiff's diagram of accident scene (1 page) → Enlarge Diagram of exh 12 w/ Trooper Messenger - on Cross by defendants | ✓ | |
| 5/4/04 → Full | 13 | Trooper Messenger's diagram of the accident scene (2 pages) w/ Trooper Messenger | ✓ | |
| 5/4/04 → ID | 14 | Defendant Bishop's diagram of the accident scene (1 page) w/ Trooper Messenger | ✓ | |
| Full 5/10/04 Due Aine us 537A | 15 | Defendant Bishop's accident form (2 pages) | ✓ | |
| | 16 | Plaintiff Losovskiy's diagram of the accident scene (1 page) | ✓ | |
| | 17 | Plaintiff Lozovskiy's statement (4 pages) | ✓ | |
| | 18 | Plaintiff Lozovskiy's Letter to Public Safety (2 pages) | ✓ | |
| | 19 | Plaintiff Lozovskiy's No-Fault Statement (1 page) | ✓ | |
| | 20 | Plaintiff Lozovskiy's June 2, 2001 (Letter) Statement (1 page) | ✓ | |
| yo 5-5-04 | 21 Full | Expert Report of James S. Cohen, Ph.D. (Booklet) | ✓ | |

| | | | | |
|---|---|---|---|---|
| 5-5-04 | 22 Full | Expert Report of Gary M. Crakes, Ph.D. (Booklet) | ✓ | |
| Due 5/5/04 → | 23 Full | Life Expectancy Table (1 page) | ✓ | |
| | 24 | Plaintiff's Amended Complaint dated October 10, 2001 (9 pages) | ✓ | |
| | 25 | Defendants, Bishop & JP Noonan's Notice of Removal, dated May 2, 2001 (30 pages) | ✓ | |
| D 5/5/04 | 26 Full | Blow-Up of Photograph of property damage to the rear of plaintiff's vehicle | ✓ | |
| Due 5/5/04 | 27 Full | Blow-Up of Photograph of property damage to the passenger side of plaintiff's vehicle | ✓ | |
| Due 5/5/04 | 28 Full | Blow-Up of Defendant Bishop's accident form | ✓ | |
| 1 5/4/04 → | 29 Full | Blow-Up of Photograph of property damage to Lovoskiy's vehicle / witness messenger | ✓ | |
| Due 5/10/04 w/ possible redaction later same as 33? | 30 Full | Blow-Up of Bishop's Accident Form & Diagram | ✓ | |
| | 31 | Video Tape of crash scene taken on 01/04/00 by TV Channel 8 | ? | |
| 5-4-04 yes | 32 Full | Letter, dated 10/06/00 to plaintiff from University of Bridgeport confirming acceptance into the graduate School of Engineering & Design, as a Computer Science Major  witness Yurong Lui Zhou | ? | |
| yes 5-4-04 | 33 Full | Southern Connecticut State University transcript for the plaintiff Spring/Summer 2000  witness Yurong Lui Zhou | ? | |

yó 5/4/04

5/4/04

| 34 Full | University of Bridgeport - Schedule Change Request Form, filed by plaintiff withdrawing from graduate program due to health problems caused by the collision  Witness Yurong Lui Zhou | ? | |

yó 5-5-04  35. ID Blk & white Copies of 2 photographs w/ messenger

yó 5-5-04  36. Full Page 16 of Doctor Cohen's Report - Enlarge Photo of page 16
               Witness Doctor Cohen

yó 5-5-04  37. Full Page 12 of Doctor Cohen's Report - Witness Doctor Cohen
               Enlarge Photo of Page 16

yó 5-5-04  38. Full Page 13 of Doctor Cohen's Report - Witness Doctor Cohen
               Enlarge Photo of Page 13

yó 5-5-04  39 Full Page 14 of Doctor Cohen's Report - Witness Doctor Cohen
               Enlarge Photo of Page 14

Doc 5/5/04  40 Full Page 5 of Dr Crakes's Report - Witness Dr. Crakes
               Enlarged photo of Page

THE PLAINTIFF

BY _____
Anthony A. Piazza
Federal Bar No. CT 04374
Hugh J. Donnelly
Federal Bar No. CT 11912
Law Offices of Anthony A. Piazza
112 Prospect Street
Stamford, Connecticut 06901-1207
Tel:(203) 348-2465

## CERTIFICATION

This is to certify that on this date, a copy of the foregoing was sent via facsimile and via U.S. Mail, postage prepaid to all counsel as follows:

<u>For the defendants, Michael Bishop & JP Noonan Transportation d/b/a JEP, INC.</u>
Theodore Heiser, Esq.
Gibson & Behman
71 Bradley Road, Suite 11
Madison, CT 06443

<u>For the defendant, Benjamin Lozovskiy</u>
John W. Dietz, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT 06880

_____
Hugh J. Donnelly