United States District Court
District of Connecticut
FILED AT    BRIDGEPORT
5/12/04           20
Irwin W. [illegible],
By: [signature]

FILED
2004 APR 30 P 1:18
U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DESHENG ZHOU, ET AL.,      *   CIVIL ACTION
               Plaintiffs,   *   NO. 3:01cv00761 (AHN)
               against   *
MICHAEL BISHOP, ET AL.,   *   APRIL 26, 2004
               Defendants.   *

## DEFENDANTS' EXHIBIT LIST

| NO. | EXHIBIT | FULL | ID |
|---|---|---|---|
| 501. | J.P. Noonan truck specification and measurements chart – handwritten | | |
| 502. | J.P. Noonan truck specification and measurements chart – typed | | |
| 503. | Photograph of passenger side front door of Zhou vehicle | | |
| 504. | Photograph of passenger side front door of Zhou vehicle | | |
| 505. | Photograph of right rear quarter panel and rear of Zhou vehicle | | |
| 505A | Enlarge Photo of 505 Also 5A | | |
| 506. | Photograph of right rear quarter panel of Zhou vehicle | | |
| 507. | Photograph of passenger side front door of Zhou vehicle with traffic in background | | |
| 508. | Photograph of front end of Lozovskiy vehicle against guardrail | | |

Handwritten annotations in left margin:
- 5/10/04 full (501)
- 5/10/04 full (502)
- 5/10/04 full (503)
- 5/10/04 full (504)
- 5/10/04 full (505)
- 5-10-04 full (505A)
- 5/10/04 full (506)
- 5/10/04 full (507)
- 5/10/04 full (508)

1

| Marking | No. | Description |
|---|---|---|
| Doc 5/10/04 full | 509. | Photograph of left side of Noonan truck at step rail |
| Doc 5/10/04 full | 510. | Photograph of left side of Noonan truck at step rail with yard stick Also 10A |
| YG 5-10-04 full | 510A | Enlarge Photo 510 Witness Bishop |
| Doc 5/10/04 full | 511. | Photograph of tool box on Noonan truck with yardstick |
| YG 5-10-04 full | 511A | Enlarge Photo of 511 Witness Bishop |
| Doc 5/10/04 full | 512. | Photograph of fuel tank and step on Noonan truck with yardstick |
| Doc 5/10/04 full | 513. | Photograph of front-end of Noonan truck |
| Doc 5/10/04 full | 514. | Photograph of front-end of Noonan truck |
| Doc 5/10/04 full | 515. | Photograph of front-end of Noonan truck with yardstick through license plate |
| Doc 5/10/04 full | 516. | Photograph of right side of Noonan truck |
| Doc 5/10/04 full | 517. | Photograph of right side of Noonan truck from trailer hitch forward |
| Doc 5/10/04 full | 518. | Photograph of front-end of Noonan truck cab only |
| YG 5/10/04 full | 519. | Photograph of fuel tank and step on Noonan truck cab only |
| Doc 5/10/04 full | 520. | Photograph of damage to step rail on left side of Noonan truck |
| Doc 5/10/04 full | 521. | Photograph of left side of Noonan truck from trailer hitch forward |
| Doc 5/10/04 full | 522. | Photograph of interior of front bumper of Noonan truck |
| Doc 5/10/04 full | 523. | Photograph of interior of front bumper of Noonan truck |
| Doc 5/10/04 full | 524. | Photograph of front bumper left side of Noonan truck |
| Doc 5/10/04 full | 525. | Photograph of front bumper left side of Noonan truck with yardstick |
| YG 5-10-04 full | 525A | Enlarge Photo of exh. 525 wit Bishop |
| Doc 5/10/04 full | 526. | Photograph of front bumper left side of Noonan truck with yardstick to mirror |

|  |  |  | FULL | ID |
|---|---|---|---|---|
| 5/10/04 full Doc | 527. | Photograph of front-end of Noonan truck cab only |  |  |
|  | 528. | Robert Dupuis investigative power point production |  |  |
| 5/10/04 full Doc | 529. | Independent Medical Examination Report of Dr. Patrick Carolan |  |  |
| Doc 5/10/04 full | 530. | Dr. Patrick Carolan curriculum vitae |  |  |
| Full 5/7/04 → | 531. | Expert Report of Dr. Harold Peterson — Full |  |  |
| Full 5/7/04 → | 532. | Dr. Harold Petersen curriculum vitae — Full |  |  |
| Doc Full 5/6/04 | 533. | Expert Report of Dana Johnson |  |  |
| Doc Full 5/6/04 | 534. | Dana Johnson curriculum vitae — wit Johnson |  |  |
| Y6 Full 5-10-04 | 535. | Stephen R. Benanti curriculum vitae wit. Benanti |  |  |
| Y6 Full 5-10-04 | 536. | Stephen R. Benanti Accident Reconstruction Analysis wit Benanti |  |  |
| Doc 5/10/04 full → | 537. | DEFENDANT BISHOP'S ACCIDENT/STATEMENT W/DIAGRAM. (ALSO π's #14) |  |  |
| Doc 5/10/04 → | 538. | PHOTOGRAPH OF TRUCK |  |  |

The defendants reserve the right to supplement this list for impeachment or rebuttal.

Respectfully submitted,

GIBSON & BEHMAN, P.C.

By: _____

Theodore W. Heiser
Gibson & Behman, P.C.
Counsel for the Defendants
J.P. Noonan and Michael Bishop
71 Bradley Road, Suite 11
Madison, Connecticut 06443
(203) 245-6176
CT 23807

3