United States District Court
District of Connecticut
FILED AT BRIDGEPORT

5-12-04

Kevin F. Rowe, Clerk

By _____

**FILED**

2004 APR 30 P 1:18

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DESHENG ZHOU, ET AL., | * CIVIL ACTION |
| | * NO. 3:01cv00761 (AHN) |
| Plaintiffs, | * |
| | * |
| against | * |
| | * |
| MICHAEL BISHOP, ET AL., | * APRIL 29, 2004 |
| | * |
| Defendants. | * |

### DEFENDANTS' AMENDED WITNESS LIST

5/10/04 fee → Michael Bishop (Defendant)  *Mass.*

Robert Dupuis (Safety Manager of Defendant J.P. Noonan Transportation)

Desheng Zhou (Plaintiff)

Beniamin Lozovskiy (Defendant)

Due 5/10/04 → Dr. Patrick Carolan (Defendants' Expert)  *3909 Main St. Bpt., Ct.*

5/7/04 → Dr. Harold Petersen (Defendants' Expert)  *Brookline, Mass — Expert*

46  5-10-04   Stephen Benanti (Defendants' Expert)  *Rowland, Mass*

5/6/04 fee  Dana Johnson (Defendants' Expert)

1

Respectfully submitted,

GIBSON & BEHMAN, P.C.

By: _____
Bradford J. Sullivan
Gibson & Behman, P.C.
Counsel for the Defendants
J.P. Noonan and Michael Bishop
71 Bradley Road, Suite 11
Madison, Connecticut 06443
(203) 245-6176
CT 23465

2

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was sent by facsimile on this 29th day of April 2004, to:

JOHN DIETZ, ESQ.
Halloran & Sage, LLP
315 Post Road
Westport, Connecticut 06880

ANTHONY A PIAZZA, ESQ.
Piazza & Pickel, LLC
112 Prospect Street
Stamford, Connecticut 06901-1207

Bradford J. Sullivan

3