UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

United States District Court
District of Connecticut
FILED AT    BRIDGEPORT
5-12-04   20
_____, Clerk
/s/ _____
Deputy Clerk

DESHENG ZHOU        :
                    :
                    :
v.                  :   CIV. NO. 3:01CV1495(HBF)
                    :
                    :
MICHAEL BISHOP,     :
J.P. NOONAN TRANSPORTATION, :
AND BENIAMIN LOZOVSKIY.   :
                    :
                    :
                    :   MAY 11, 2004

## VERDICT FORM

We, the jury, unanimously find,

### Negligence and Causation

1. Did plaintiff, Desheng Zhou, prove by a preponderance of the evidence that defendant Beniamin Lozovskiy was negligent in any of the ways alleged by Mr. Zhou and listed on pages 39-40 of the jury instructions?

   _____ YES          ___✓___ NO

**If YES, answer Question 2. If NO, go to Question 3.**

2. Did Mr. Zhou prove by the preponderance of the evidence that Mr. Lozovskiy's negligence was a proximate cause of Mr. Zhou's injuries?

   _____ YES          _____ NO

3. Did plaintiff prove by the preponderance of the evidence that defendant Michael Bishop/J.P. Noonan Transportation was negligent in any of the ways alleged by Mr. Zhou and listed on pages 36-38 of the jury instructions?

   ___✓___ YES          _____ NO

**If YES, answer Question 4. If NO, go to Question 5.**

4.  Did Mr. Zhou prove by the preponderance of the evidence that Mr. Bishop/J.P. Noonan's negligence was a proximate cause of his injuries?

    _____ YES          \_\_✓\_\_ NO

5.  Did you answer NO to both QUESTION 1 and QUESTION 3?

    _____ YES          \_\_✓\_\_ NO

**IF YES, your deliberations are concluded. Sign the verdict form and report your verdict. If NO, proceed to Question 6.**

6. Did you answer YES to either Question 2 or Question 4?

**If so, proceed to Question 7. Otherwise, sign the verdict form and report your verdict.**

Comparative Negligence/Apportionment

7. Did Mr. Lozovskiy OR Mr. Bishop/J.P. Noonan prove by a preponderance of the evidence that Mr. Zhou was also negligent and that his negligence was a proximate cause of his injuries?

    _____ YES          _____ NO

8A. If you answered YES to Question 7, how do you apportion the fault among Mr. Zhou, Mr. Lozovskiy. and Mr. Bishop/J.P. Noonan Transportation? If you found either defendant not at fault, you should enter zero for that defendant.

\_\_\_\_% Mr. Zhou     \_\_\_\_% Mr. Lozovskiy     \_\_\_\_% Mr. Bishop/J.P.Noonan

2

8B. If you answered NO to Question 7 but you found both defendants at fault, apportion fault between Mr. Lozovskiy and Mr. Bishop/J.P. Noonan Transportation.

_____% Mr. Lozovskiy     _____% Mr. Bishop/J.P. Noonan Trans.

Damages

9. What sum do you find will fairly and reasonably compensate Mr. Zhou for damages proximately caused by the negligence of the defendant(s)?

Economic Damages

Past Economic Damages          $_____

Future Economic Damages        $_____

Non-Economic Damages

Past Non-Economic Damages      $_____

Future Non-Economic Damages    $_____

When you have finished answering the questions on this form, the form should be signed and dated by the foreperson and you should then report your verdict.

_____        5/12/04
Foreperson                       Date

3