Exhibits
Date
5/12/04

FILED
2004 APR 30 P 1:18
U.S. DISTRICT COURT
BRIDGEPORT, CONN

FILED
2004 MAY 12 P 3:46
U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DESHENG ZHOU, ET AL., * CIVIL ACTION
 * NO. 3:01cv00761 (AHN)
Plaintiffs, *
against *
 *
MICHAEL BISHOP, ET AL., * APRIL 26, 2004
 *
Defendants. *
 *

## DEFENDANTS' EXHIBIT LIST

| NO. | EXHIBIT | FULL | ID |
|---|---|---|---|
| 501. | J.P. Noonan truck specification and measurements chart – handwritten | 5/10/04 full | |
| 502. | J.P. Noonan truck specification and measurements chart - typed | 5/10/04 full | |
| 503. | Photograph of passenger side front door of Zhou vehicle | 5/10/04 full | |
| 504. | Photograph of passenger side front door of Zhou vehicle | 5/10/04 full | |
| 505. | Photograph of right rear quarter panel and rear of Zhou vehicle | 5/10/04 full | |
| 505A | Enlarge Photo of 505 Also 5A | 5/10/04 full | |
| 506. | Photograph of right rear quarter panel of Zhou vehicle | 5/10/04 full | |
| 507. | Photograph of passenger side front door of Zhou vehicle with traffic in background | 5/10/04 full | |
| 508. | Photograph of front end of Lozovskiy vehicle against guardrail | 5/10/04 full | |

1

| | | |
|---|---|---|
| Doc 5/10/04 full | 509. | Photograph of left side of Noonan truck at step rail |
| Doc 5/10/04 full | 510. | Photograph of left side of Noonan truck at step rail with yard stick  Also IoA |
| 46 5-10-04 Full | 510A | Enlarge Photo 510 Witness Bishop |
| Doc 5/10/04 full | 511. | Photograph of tool box on Noonan truck with yardstick |
| 46 5-10-04 Full | 511A | Enlarge Photo of 511 Witness Bishop |
| Doc 5/10/04 full | 512. | Photograph of fuel tank and step on Noonan truck with yardstick |
| Doc 5/10/04 full | 513. | Photograph of front-end of Noonan truck |
| Doc 5/10/04 full | 514. | Photograph of front-end of Noonan truck |
| Doc 5/10/04 full | 515. | Photograph of front-end of Noonan truck with yardstick through license plate |
| Doc 5/10/04 full | 516. | Photograph of right side of Noonan truck |
| Doc 5/10/04 full | 517. | Photograph of right side of Noonan truck from trailer hitch forward |
| Doc 5/10/04 full | 518. | Photograph of front-end of Noonan truck cab only |
| 46 5/10/04 Full | 519. | Photograph of fuel tank and step on Noonan truck cab only |
| Doc 5/10/04 full | 520. | Photograph of damage to step rail on left side of Noonan truck |
| Doc 5/10/04 full | 521. | Photograph of left side of Noonan truck from trailer hitch forward |
| Doc 5/10/04 full | 522. | Photograph of interior of front bumper of Noonan truck |
| Doc 5/10/04 full | 523. | Photograph of interior of front bumper of Noonan truck |
| Doc 5/10/04 full | 524. | Photograph of front bumper left side of Noonan truck |
| Doc 5/10/04 full | 525. | Photograph of front bumper left side of Noonan truck with yardstick |
| 16 5-10-04 Full | 525A | Enlarge Photo of exh. 525 wit Bshop |
| Doc 5/10/04 full | 526. | Photograph of front bumper left side of Noonan truck with yardstick to mirror |

|  |  | FULL | ID |
|---|---|---|---|
| 5/10/04 full Doc | 527. Photograph of front-end of Noonan truck cab only | | |
|  | 528. Robert Dupuis investigative power point production | | |
| 5/10/04 full Doc | 529. Independent Medical Examination Report of Dr. Patrick Carolan | | |
| Doc 5/10/04 full | 530. Dr. Patrick Carolan curriculum vitae | | |
| Full 5/7/04 → | 531. Expert Report of Dr. Harold Peterson — full | | |
| Full 5/7/04 → | 532. Dr. Harold Petersen curriculum vitae — Full | | |
| Doc Full 5/6/04 | 533. Expert Report of Dana Johnson | | |
| Doc Full 5/6/04 | 534. Dana Johnson curriculum vitae  w/ Johnson | | |
| 4/6 Full 5-10-04 | 535. Stephen R. Benanti curriculum vitae  with Benanti | | |
| 4/6 Full 5-10-04 | 536. Stephen R. Benanti Accident Reconstruction Analysis  with Benanti | | |
| Doc 5/10/04 full → | 537. DEFENDANT BISHOP'S ACCIDENT/STATEMENT W/DIAGRAM (ALSO IT's #14) | | |
| Doc 5/10/04 → | 538. PHOTOGRAPH OF TRUCK | | |

The defendants reserve the right to supplement this list for impeachment or rebuttal.

Respectfully submitted,

GIBSON & BEHMAN, P.C.

By: _____
Theodore W. Heiser
Gibson & Behman, P.C.
Counsel for the Defendants
J.P. Noonan and Michael Bishop
71 Bradley Road, Suite 11
Madison, Connecticut 06443
(203) 245-6176
CT 23807