Exhibits returned
Date: 5-12-04
[signature]

United States District Court
District of Connecticut
FILED AT BRIDGEPORT
5/4/04 20
Kevin F. Rowe, Clerk
By [signature]
Deputy Clerk

FILED
2004 MAY 12 P 3:46
U.S. DISTRICT COURT
BRIDGEPORT. CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BENJAMIN LOZOVSKIY<br>Plaintiff, | : | CIVIL ACTION |
| V. | : | NO. 3:01CV00761 (HPF) |
| MICHAEL BISHOP, JP NOONAN TRANSPORTATION DBA JEP, INC., AND DESHENG ZHOU<br>Defendants. | : | MAY 3, 2004 |

**PLAINTIFF ZHOU'S AMENDED LIST OF TRIAL EXHIBITS**

| | NO. | DESCRIPTION | FULL | ID |
|---|---|---|---|---|
| Doc Full 5/5/04 → | 1 Full | Plaintiff's Medical Records from Enzo J. Sella, M.D. of Connecticut Orthopaedic Specialists (10 pages) | ✓ | |
| Doc Full 5/5/04 → | 2 Full | Plaintiff's Medical Records from Madeleine Kitaj, M.D. of Comprehensive Pain & Treatment (8 pages) | ✓ | |
| Doc Full 5/5/04 → | 3 Full | Plaintiff's Medical Records from Neil W. Tishoff, M.D. of St. Raphael Magnetic Resonance Center (3 pages) | ✓ | |
| Doc Full 5/5/04 → | 4 Full | Plaintiff's Medical Records from Jackie Pecora, P.T. of Star Sports Therapy & Rehabilitation (30 pages) | ✓ | |
| Doc Full 5/5/04 → | 5 Full | Plaintiff's Medical Records from Pingfei Guan of Cheshire Chinese Medical Center (7 pages) | ✓ | |
| Doc Full 5/5/04 → | 6 Full | Plaintiff's Medical Records from Gene Schulze of Gaylord Hospital (5 pages) | ✓ | |
| 96 5-4-04 | 7 Full | Plaintiff's Schedule A & Medical Bills (21 pages)<br>Witness Yurong Li Zhou | ✓ | |

| | | | | |
|---|---|---|---|---|
| 5/4/04 → | 8 ✓ Full | Photographs of property damage to plaintiff's vehicle (8 photos) w/ Trooper Messenger | ✓ | |
| 5/4/04 → | 9 ✓ Full | Photographs of property damage to plaintiff Lozovskiy's vehicle (6 photos) Witness/Messenger | ✓ | |
| 5/4/04 → | 10 ✓ Full | Photographs of property damage to defendant Bishop's vehicle (3 photos) w/ Messenger | ✓ | |
| 5/4/04 → | 11 ✓ Full | Photographs of accident scene (2 photos) w/ Trooper Messenger | ✓ | |
| 5/4/04 → 12 A; YC 5-5-04 → 12 A | 12 12 A | Plaintiff's diagram of accident scene (1 page) → Enlarge Diagram of exh 12 w/ Trooper Messenger – on Cross by defendant | ✓ | |
| 5/4/04 → | 13 Full - | Trooper Messenger's diagram of the accident scene (2 pages) w/ Trooper Messenger | ✓ | |
| 5/4/04 → | 14 ID | Defendant Bishop's diagram of the accident scene (1 page) w/ Trooper Messenger | ✓ | |
| Full 5/10/04 Dud. Ameus 537A | 15 | Defendant Bishop's accident form (2 pages) | ✓ | |
| | 16 | Plaintiff Losovskiy's diagram of the accident scene (1 page) | ✓ | |
| | 17 | Plaintiff Lozovskiy's statement (4 pages) | ✓ | |
| | 18 | Plaintiff Lozovskiy's Letter to Public Safety (2 pages) | ✓ | |
| | 19 | Plaintiff Lozovskiy's No-Fault Statement (1 page) | ✓ | |
| | 20 | Plaintiff Lozovskiy's June 2, 2001 (Letter) Statement (1 page) | ✓ | |
| YC 5-5-04 | 21 Full | Expert Report of James S. Cohen, Ph.D. (Booklet) | ✓ | |

| | | | | |
|---|---|---|---|---|
| 5-5-04 | 22 Full | Expert Report of Gary M. Crakes, Ph.D. (Booklet) | ✓ | |
| Ouc 5/5/04 → | 23 Full | Life Expectancy Table (1 page) | ✓ | |
| | 24 | Plaintiff's Amended Complaint dated October 10, 2001 (9 pages) | ✓ | |
| | 25 | Defendants, Bishop & JP Noonan's Notice of Removal, dated May 2, 2001 (30 pages) | ✓ | |
| Doc 5/5/04 | 26 Full | Blow-Up of Photograph of property damage to the rear of plaintiff's vehicle | ✓ | |
| Ouc 5/5/04 | 27 Full | Blow-Up of Photograph of property damage to the passenger side of plaintiff's vehicle | ✓ | |
| Luc 5/5/04 | 28 Full | Blow-Up of Defendant Bishop's accident form | ✓ | |
| / 5/4/04 → | 29 full | Blow-Up of Photograph of property damage to Lovoskiy's vehicle / witness Messenger | ✓ | |
| Due 5/10/04 w/ possible redaction later, same as 33? | 30 Full | Blow-Up of Bishop's Accident Form & Diagram | ✓ | |
| | 31 | Video Tape of crash scene taken on 01/04/00 by TV Channel 8 | ? | |
| 5-4-04 ye | 32 Full | Letter, dated 10/06/00 to plaintiff from University of Bridgeport confirming acceptance into the graduate School of Engineering & Design, as a Computer Science Major witness Yurong Lui Zhou | ? | |
| ye 5-4-04 | 33 Full | Southern Connecticut State University transcript for the plaintiff Spring/Summer 2000 witness Yurong Lui Zhou | ? | |

| | | | | |
|---|---|---|---|---|
| 40 5/4/04 | 34 Full | University of Bridgeport - Schedule Change Request Form, filed by plaintiff withdrawing from graduate program due to health problems caused by the collision Witness Yurong Lu Zhou | ? | |

5/4/04 35. ID Blk & white Copies of 2 photographs w/ messenger

40 5-5-04 36. Full Page 16 of Doctor Cohen's Report – Enlarge Photo of page 16 Witness Doctor Cohen

40 5-5-04 37. Full page 12 of Doctor Cohen's Report – Enlarge Photo of Page 16 Witness Doctor Cohen

40 5-5-04 38. Full Page 13 of Doctor Cohen's Report – Enlarge Photo of Page 13 witness Doctor Cohen

40 5-5-04 39 Full Page 14 of Doctor Cohen's Report – Enlarge Photo of Page 14 witness Doctor Cohen

Doe 5/5/04 40 Full Page 5 of Dr Crakes's Report Enlarged photo of Page – Witness Dr. Crakes

Plaintiff Next exhibit Number will be ~~40~~ 41

THE PLAINTIFF

BY ______________________________

Anthony A. Piazza
Federal Bar No. CT 04374
Hugh J. Donnelly
Federal Bar No. CT 11912
Law Offices of Anthony A. Piazza
112 Prospect Street
Stamford, Connecticut 06901-1207
Tel:(203) 348-2465

**CERTIFICATION**

This is to certify that on this date, a copy of the foregoing was sent via facsimile and via U.S. Mail, postage prepaid to all counsel as follows:

For the defendants, Michael Bishop & JP Noonan Transportation d/b/a JEP, INC.
Theodore Heiser, Esq.
Gibson & Behman
71 Bradley Road, Suite 11
Madison, CT 06443

For the defendant, Benjamin Lozovskiy
John W. Dietz, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT 06880

Hugh J. Donnelly