# United States District Court

DISTRICT OF Connecticut

United States District Court
District of Connecticut
FILED AT BRIDGEPORT
5/12/04

Benjamin Lozouskiy
v.
Michael Bishop, et Al

## EXHIBIT AND WITNESS LIST

CASE NUMBER: 3:01CV761 (HBF)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Fitzsimmons | Hugh Donnelly | John Diete / Theodore Heiser |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 5-5-04 | Maria Corriette / Sandra Baldwin | Gutierrez Truman, Candee |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 5-5-04 | | | 1 Transcript of Benjamin Lozoskiy Deposition |
| | | 5-11-04 | | | 2 Juror Notes |
| | | " | | | 3 Juror's Note |
| | | " | | | 4 Juror's Note |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages