FILED

2004 JUN -7 P 2: 14

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BENIAMIN LOZOVSKIY           :      3:01cv761HBF
      Plaintiff,
  Against

MICHAEL A. BISHOP,
JP NOONAN TRANSPORTATION and
DESHUNG ZHOLL
      Defendants.     :    JUNE 4, 2004

## STIPULATION OF DISMISSAL

The parties in the above captioned case, Beniamin Lozovskiy as plaintiff, J. P. Noonan Transportation and Michael A. Bishop as defendants and Deshung Zhou as defendant hereby agree and stipulate that this case is dismissed, with prejudice and without costs to any party.

| The Plaintiff, | The Defendants, | The Defendant, |
| Beniamin Lozovskiy | J. P. Noonan Transportation | Deshung Zhou |
| | And Michael A. Bishop | |

By /s/ Brian E. Briones
Brian E. Briones, Esq.
McNamara and Kenney, LLC
815 Main Street, 2nd Floor
Bridgeport, CT 06604
Tel.: (203) 333-6800
Fax: (203) 333-6900
Federal Bar No. CT 19415

By /s/ Theodore Heiser
Theodore Heiser, Esq.
Gibson and Behman, P.C.
71 Bradley Road, Suite 11
Madison, CT 06443
Tel.: (203) 245-6176
Fax: (203) 245-7749
Federal Bar No.: CT 23807

By /s/ Kieran S. Cassidy
Kieran S. Cassidy, Esq.
Cassidy, Mazza & LeBlanc
1375 Kings Highway East
Suite 475
Fairfield, CT 06824
Tel.: (203) 331-1505
Fax: (203) 331-8514
Federal Bar No.: CT 17767

1

## CERTIFICATION

      This is to certify that the foregoing was transmitted via facsimile and mailed pre-paid on this 4th day of June 2004, to the following:

Kieran S. Cassidy, Esq.
1375 Kings Highway East, Suite 475
Fairfield, CT 06824
Fax: (203) 331-8514

Theodore Heiser, Esq.
Gibson and Behman, P.C.
71 Bradley Road, Suite 11
Madison, CT 06443
Fax: (203) 245-7749

Stephen P. Brown, Esq.
18 Trumbull Street
New Haven, CT 06511
Fax: (203) 865-0505

John W. Dietz, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT 06880
Fax: (203) 227-6992

Anthony A. Piazza, Esq.
Piazza & Pickel, LLC
112 Prospect Street
Stamford, CT 06901
Fax: (203) 964-9509

                                                  Brian E. Briones, Esq.