01cv761(HBF)
District of Connecticut
FILED AT BRIDGEPORT
5/7/04
Kevin F. Rowe, Clerk
By: [signature]
Deputy Clerk

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

NG ZHOU, ET AL.,

    Plaintiffs,

against

EL BISHOP, ET AL.,

    Defendants.

* CIVIL ACTION
* NO. 3:01cv00761 (AHN)
*
* MAY 4, 2004

HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE

For the reasons stated on the record, the motion [doc # 60] is granted.
SO ORDERED.  FILED

2004 JUN 15 P 2: 31
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

4 June 2004

## MOTION TO EXCLUDE LATE-DISCLOSED VIDEOTAPE

COME NOW the defendants, Michael Bishop and J.P. Noonan Transportation, Inc. and [move to] exclude a videotape purportedly showing the scene of the accident at issue in this case, [which w]as disclosed to defendants' counsel on Monday, May 3, 2004, at 4:30 p.m. Trial is [schedule]d to begin today, May 4, 2004. In support of this motion, the defendants state as [follows:]

[In] plaintiff's counsel's letter to counsel, which was carbon copied to the Court, he [states] that he "first learned of the existence of this tape on the afternoon of April 27, 2004 [when he] was interviewing Mr. and Mrs. Zhou at length for the first time." While that may be [true with] respect to Mr. Donnelly, the author of the letter, his office has been aware that a tape [existed f]or almost two years. Defendant Beniamin Lozovskiy testified at his deposition that [televi]sion news appeared at the scene of the accident and that the tape of the accident scene

1