United States District Court
District of Connecticut
FILED AT      BRIDGEPORT

5/7/04
Kevin F. Rowe, Clerk
By: _____
Deputy Clerk

#61

Motion Denied As Moot.  It is SO ORDERED
6/14/04

FILED
2004 JUN 15  P 2:
U.S. DISTRICT COURT
BRIDGEPORT, CT

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| DESHENG ZHOU, ET AL., | * CIVIL ACTION |
| Plaintiffs, | * NO. 3:01cv00761 (AHN) |
| against | * |
| MICHAEL BISHOP, ET AL., | * MAY 7, 2004 |
| Defendants. | * |

## MOTION FOR PERMISSION TO OFFER DEPOSITION TESTIMONY OF DEFENDANT MICHAEL BISHOP AT TRIAL

COMES NOW the defendant, J.P. Noonan Transportation, Inc., and respectfully moves, pursuant to Federal Rule of Civil Procedure 32, for permission to read in the deposition testimony of defendant Michael Bishop at the trial in the above matter, and in further support thereof states as follows:

The deposition of Michael Bishop was taken on April 1, 2002, at the offices of Halloran & Sage in Westport, Connecticut. The deposition was noticed by the plaintiff, Desheng Zhou's counsel, Piazza & Pickel, LLC (now the Law Offices of Anthony Piazza). The deposition transcript totals 252 pages of transcribed testimony. Of those pages of testimony, 221 pages reflect questioning by the plaintiff Zhou's counsel.

Counsel for this defendant also represents defendant Bishop in this action. Defendant Bishop was an employee of this defendant at the time of the accident at issue in this case.

1