FILED

2004 JUN 15 A 9: 54

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DESHENG ZHOU, ET AL., | * CIVIL ACTION |
| | * NO. 3:01cv00761 (AHN) |
| Plaintiffs, | * |
| against | * |
| MICHAEL BISHOP, ET AL., | * JUNE 13, 2004 |
| Defendants. | * |

**DEFENDANTS' BILL OF COSTS**

COME NOW, the defendants, Michael Bishop and J.P. Noonan Transportation, Inc., and submit the following bill of costs following the trial and judgment in the defendants' favor in this matter. The defendants served an offer of judgment in the amount of $20,000 on the plaintiff, Desheng Zhou, on or about April 14, 2004. Proper notice of the offer of judgment was provided to the Court in accordance with Local Rule 68 on the same date. At trial, the jury returned a verdict in favor of these defendants, thus triggering award of the defendants' costs pursuant to the offer of judgment.

1

| ACTIVITY | COST |
|---|---|
| 1. Expert witness fees and costs for Stephen R. Benanti – accident reconstructionist (invoice attached as Exhibit 1) | $2,886.00 |
| 2. Expert witness fees and costs for Dana Johnson – vocation rehabilitation (invoice attached as Exhibit 2) | $7,114.05 |
| 3. Expert witness fees and costs for Dr. Harold Petersen – economist (invoice attached as Exhibit 3) | $2,846.00 |
| 4. Expert witness fees and costs for Dr. Patrick Carolan – orthopedic surgeon (invoice attached as Exhibit 4) | $2,000.00 |
| 5. Costs for locating Michael Bishop for appearance at trial – Walsh Claims Service (invoice attached as Exhibit 5) | $563.79 |
| 6. Deposition transcript of Desheng Zhou (invoice attached as Exhibit 6) | $330.51 |
| 7. Cost of translator for deposition of plaintiff Desheng Zhou (invoice attached as Exhibit 7) | $400.00 |
| 8. Deposition transcript of non-party witness Trooper Messenger (invoice attached as Exhibit 8) | $316.52 |
| 9. Attorney's fees | $385.00 |
| **TOTAL** | **$16,841.87** |

Respectfully submitted,

GIBSON & BEHMAN, P.C.

By: _____
Theodore W. Heiser
Gibson & Behman, P.C.
Counsel for the Defendants
J.P. Noonan and Michael Bishop
71 Bradley Road, Suite 11
Madison, Connecticut 06443
(203) 245-6176
CT 23807

# STEPHEN R. BENANTI
Traffic Accident
Reconstruction Specialist

Fifty Wood Street  
Groveland, Massachusetts 01834

May 10, 2004

Phone (978) 373-8328  
Pager (781) 226-8541  
Fax (978) 373-8329  
e-mail: stephen.benanti@comcast.net

Attorney Theodore W. Heiser  
GIBSON & BEHMAN, P.C.  
Counsellors at Law  
71 Bradley Road  
Suite Eleven  
Madison, Connecticut  06443

RE: Lozovskiy v. J.P. Noonan Transportation, Inc.  
    Claim No.: 246030125  
    Insured: Michael Bishop, Jr. & J.P. Noonan Transportation, Inc.  
    G & B File # AIE 21

    Date of Accident: January 4, 2000

Dear Attorney Heiser,

The following is my current invoice for the above matter:

**LABOR**

| DATE | DESCRIPTION | HOURS |
|---|---|---|
| 04/05/04 | Leave message for Attorney Heiser. | N/C |
| 04/07/04 | Leave message for Attorney Heiser. | N/C |
| 04/08/04 | Phone conversation with Atty. Heiser. | N/C |
| 04/15/04 | Phone conversation with Atty. Heiser. | N/C |
| 04/29/04 | Review file for meeting. | 3.00 |
| 04/30/04 | Meet with Attorney Heiser. | 1.50 |
| 05/09/04 | Review file for trial. | 2.00 |
| 05/10/04 | Travel to and from court. | 7.00 |
| 05/10/04 | Court time. | 7.00 |
| | **TOTAL HOURS** | **20.50** |

```
LABOR COST    13.50 hours @ $ 125.00 per hour    $ 1,687.50

TRIAL COST     7.00 hours @ $ 150.00 per hour    $ 1,050.00

TOTAL LABOR & TRIAL COST                         $ 2,737.50
```

**EXPENSES**

```
Parking -                                        $      8.50
Mileage - 400 miles @ $ 0.35 per mile -          $    140.00

                        TOTAL EXPENSES           $    148.50


            TOTAL COST LABOR AND EXPENSES        $  2,886.00
```

Please send a check payable to me for $ 2,886.00 to the above address. SS # 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  EIN # 04-3166886

Please contact me if you have any questions or comments.

Very truly yours,

*[signature]*
Stephen R. Benanti
Accident Reconstruction Specialist
ACTAR Accredited No. 179, BCFE

# Invoice

*Dana Johnson*

***DaMar LLP***
***P.O. Box 133***
***Malden, MA 02148-0925***
***781-321-3762  Fax 781-324-5653***

| DATE | INVOICE # |
|---|---|
| 5/7/'04 | 67 |

| BILL TO |
|---|
| Ted Heiser, Esq.<br>Gibson & Behman, P.C.<br>71 Bradley Road<br>Madison, CT 06443 |

| TAX ID # | CASE |
|---|---|
| 56-2313210 | |

| ITEM | ACTIVITY | | PROF.TIME | RATE | AMOUNT |
|---|---|---|---|---|---|
| Legal | 04/28/04 | Client Conference | 1.5 | 250.00 | 375.00 |
| Legal | | Travel time prorated | 1.5 | 250.00 | 375.00 |
| Legal | 05/03/04 | Review file | 2.2 | 250.00 | 550.00 |
| Legal | 05/05/04 | Court | 4.5 | 250.00 | 1,125.00 |
| Legal | | Travel time | 6 | 250.00 | 1,500.00 |
| Legal | 05.06/04 | Review fax | 0.9 | 250.00 | 225.00 |
| Legal | | Court | 4.5 | 250.00 | 1,125.00 |
| Legal | | Travel | 6 | 250.00 | 1,500.00 |
| | | | | | |
| Expenses | | | | | |
| Milage | 04/28/04 | miles- prorated | 150 | 0.40 | 60.00 |
| Tolls | | fee- prorated | | 3.65 | 3.65 |
| Milage | 05/03/04 | miles | 306 | 0.40 | 122.40 |
| Tolls | | fee | | 7.30 | 7.30 |
| Parking | | fee | | 7.50 | 7.50 |
| Milage | 05/06/04 | miles | 306 | 0.40 | 122.40 |
| Tolls | | fee | | 7.30 | 7.30 |
| Parking | | fee | | 8.50 | 8.50 |

We appreciate your business

**TOTAL** $7,114.05

# HAROLD PETERSEN

Department of Economics
Boston College
Chestnut Hill, Mass. 02467-3859

Telephone: (617) 552-4550
Fax: (617) 552-2308
e-mail: petersen@bc.edu

May 11, 2004

Mr. Theodore W. Heiser
Gibson & Behman, P.C.
71 Bradley Road, Suite eleven
Madison, Connecticut 06443

Re: Lozovskiy v. JP Noonan, et al

Consultation, research, report, preparation for testimony, and testimony at trial:

Hours not previously billed:

| | | |
|---|---|---|
| April 8, 2004 | 1 | hr. |
| April 26, 2004 | 2 1/2 | hrs. |
| May 5, 2004 | 1 | hr. |
| May 7, 2004 | 10 1/2 | hrs. |

Total            15     hrs. @ $180/hr.         $2700

Auto Expense:
    350 miles @ .40/mile        $140
    Parking                              $6            $146

Total Due                                                         $2846

Please just have the check made out to Harold Petersen and send it to me at the above address. Thanks very much.

*Harold Petersen* (signature)

Harold Petersen
S.S. # 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

## Merritt Orthopaedic Associates, P.C.

PATRICK J. CAROLAN, M.D.
MARK E. WILCHINSKY, M.D.
JAMES J. FITZGIBBONS, M.D.
IGNATIUS KOMNINAKAS, M.D.

Please Reply To:
3909 MAIN STREET
BRIDGEPORT, CT 06606
TEL (203) 372-4565
FAX (203) 372-1585

25 CONSTITUTION BLVD.
SHELTON, CT 06484
TEL (203) 922-7777
FAX (203) 922-7778

### COURT APPEARANCES

The following criteria must be met before a physician will consent to testify in court:

1. Appearances will only be made for our patients.

2. The following rates will apply:

   $ 500 per hour for pretrial discussion.
   $1000 per hour for court testimony which includes travel time. *(OR DEPOSITIONS)*

3. Time spent waiting to testify will be charged at the above rate.

4. There must be a pretrial discussion with the attorney at this office to review the case and records.

5. $500 must be paid at the time of the pretrial discussion.

6. At least two weeks notice must be given to allow for rearranging of office and surgery schedules.

7. No conflict with scheduled patients or surgery will be permitted.

8. The fees are not on a contingent basis. Fees must be paid in advance or personally guaranteed by the client in writing.

# Walsh Claim Services, LLC

Post Office Box 439
North Branford, CT 06471
Tax ID #: 06-1486334

# Invoice

| Date | Invoice # |
|---|---|
| 5/25/2004 | 8795 |

**Bill To**

Gibson & Behman
Ted Heiser
71 Bradley Road, Suite 11
Madison, CT  06443

| Claim/Policy No. | File # | Insured |
|---|---|---|
| AIE21 | 405GB05364B | Bishop |

| SERVICE | QTY. | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| GHours | 9.7 | Service Hours | 45.00 | 436.50 |
| GPages | 2 | Typed and Printed Pages (per page) | 8.00 | 16.00 |
| Miles | 115 | Travel Distance | 0.40 | 46.00 |
| Phone | | Reimbursed Expenses | 9.92 | 9.92 |
| Reports | | Police Reports, Medical Records, etc. | 55.00 | 55.00 |
| Postage | | Reimbursed Expenses | 0.37 | 0.37 |

**Total** $563.79

**Balance Due** $563.79



**NIZIANKIEWICZ MILLER & M**

972 TOLLAND STREET
EAST HARTFORD, CT 06108-1533
(860) 291-9191
FAX (860) 528-1972

*Daniel S. Niziankiewicz*
*Robert Miller*

MICHAEL MAHONEY, ESQUIRE
GIBSON & BEHMAN, P.C.
18 TRUMBULL STREET
NEW HAVEN, CT  06511

DATE      05/09/2002
INVOICE      17852
CLIENT        3722
REFERENCE MAN



Re: BENJAMIN LOZOVSKIY    MICHAEL A. BISHOP, ET AL
Assignment Date: March 25, 2002

Deposition Of - DESHENG ZHOU

USDC ORIGINAL & 1                                          236.80
APPEARANCE FEE                                              75.00
                                                        ==========
                                    Total Amount  $        311.80
                                            Tax  $          18.71
                                      Total due  $         330.51

WE APPRECIATE YOUR BUSINESS!
PAYMENT DUE UPON RECEIPT OF THIS INVOICE


NIZIANKIEWICZ & MILLER Reporting
Federal Tax Id#: 06-1113444

CLIENT'S COPY

INTERPRETERS & TRANSLATORS INC.
263 Main Street
Manchester, CT 06040
Tel: 860-647-0686   Fax: 860-646-3590

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 3/28/2002 | 7682 |

| BILL TO |
|---|
| GIBSON & BEHMAN<br>18 Trumbull Street<br>New Haven, CT  06511 |

Tax I.D.#06-1165742

Attn:  Theodore Heiser, Esq.

| P.O. NO. | TERMS |
|---|---|
|  | Net 30 |

| DESCRIPTION | RATE | AMOUNT |
|---|---|---|
| Interpreter in the Mandarin Chinese language in the matter of Lozovskiy vs Bishop, JP Noonan Transportation and Zhou on 03/25/02 at the Law Offices of Halloran & Sage in Westport (4.5 hours including travel) | 400.00 | 400.00 |
| CT Sales Tax | 6.00% | 0.00 |

PAST DUE

Your business is very much appreciated.

**Total**  $400.00

# NIZIANKIEWICZ & MILLER

**972 TOLLAND STREET**
**EAST HARTFORD, CT 06108-1533**
(860) 291-9191
FAX (860) 528-1972

*Daniel S. Niziankiewicz*
*Robert Miller*

THEODORE W. HEISER, ESQUIRE
GIBSON & BEHMAN, P.C.
18 TRUMBULL STREET
NEW HAVEN, CT   06511

```
DATE        04/18/2002
INVOICE        17428
CLIENT          3485
REFERENCE BUR
```



Re: BENJAMIN LOZOVSKIY    MICHAEL A. BISHOP
Assignment Date: April 11, 2002


Deposition Of - TROOPER MESSENGER

```
USDC ORIGINAL & 1                                    233.60
APPEARANCE FEE                                        65.00
                                                  ==========
                            Total Amount  $          298.60
                                     Tax  $           17.92
                               Total due  $          316.52
```

WE APPRECIATE YOUR BUSINESS!
PAYMENT DUE UPON RECEIPT OF THIS INVOICE

NIZIANKIEWICZ & MILLER Reporting
Federal Tax Id#: 06-1113444

CLIENT'S COPY

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent by overnight delivery on this 13th day of June 2004, to:

John Dietz, Esq.
Halloran & Sage, LLP
315 Post Road
Westport, Connecticut  06880

Hugh Donnelly, Esq.
Piazza & Pickel, LLC
112 Prospect Street
Stamford, Connecticut  06901-1207

_____
Theodore W. Heiser