FILED

2004 JUN 25 P 3: 22
2004 JUN -7 P 2: 14

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BENIAMIN LOZOVSKIY                         :        3:01cv761HBF
                   Plaintiff,
         Against

MICHAEL A. BISHOP,
JP NOONAN TRANSPORTATION and
DESHUNG ZHOLL
                   Defendants.       :        JUNE 4, 2004

### STIPULATION OF DISMISSAL

The parties in the above captioned case, Beniamin Lozovskiy as plaintiff, J. P. Noonan Transportation and Michael A. Bishop as defendants and Deshung Zhou as defendant hereby agree and stipulate that this case is dismissed, with prejudice and without costs to any party.

| The Plaintiff, | The Defendants, | The Defendant, |
|---|---|---|
| Beniamin Lozovskiy | J. P. Noonan Transportation And Michael A. Bishop | Deshung Zhou |
| By_____ | By_____ | By_____ |
| Brian E. Briones, Esq. | Theodore Heiser, Esq. | Kieran S. Cassidy, Esq. |
| McNamara and Kenney, LLC | Gibson and Behman, P.C. | Cassidy, Mazza & LeBlanc |
| 875 Main Street, 2nd Floor | 71 Bradley Road, Suite 11 | 1375 Kings Highway East |
| Bridgeport, CT 06604 | Madison, CT 06443 | Suite 475 |
| Tel.: (203) 333-6800 | Tel.: (203) 245-6176 | Fairfield, CT 06824 |
| Fax: (203) 333-6900 | Fax: (203) 245-7749 | Tel.: (203) 331-1505 |
| Federal Bar No. CT 19415 | Federal Bar No.: CT 23807 | Fax: (203) 331-8514 |
| | | Federal Bar No.: CT 17767 |

1