UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------------x
| | | |
|---|---|---|
| DESHENG ZHOU | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| V. | : | NO. 3:01CV00761 (HBF) |
| | : | |
| MICHAEL BISHOP, J. P. NOONAN TRANSPORTATION DBA JEP, INC. AND BENJAMIN LOZOVSKIY | : | |
| | : | |
| Defendants. | : | JUNE 21, 2004 |

-----------------------------------------------------------x

## **STIPULATION**

It is hereby agreed, between the above-named parties and their counsel as follows:

1. On or about June 13, 2004, the defendants Michael Bishop and JP Noonan Transportation, DBA JEP, Inc. filed a defendants' Bill of Costs.

2. It has been agreed and stipulated between counsel for the parties, that the time by which the plaintiff, Desheng Zhou may either object to Defendants' Bill of Costs or reach a settlement, is extended to July 19, 2004.

DESHENG ZHOU, PLAINTIFF                    MICHAEL BISHOP & JP NOONAN
                                           TRANSPORTATION DBA JEP, INC.,
                                           DEFENDANTS

BY: _____           BY: _____
Hugh J Donnelly, Esq.                      Theodore W. Heiser, Esq.
Law Offices of Anthony A. Piazza           Gibson & Behman, P.C.
Counsel for the Plaintiff                  71 Bradley Road, Suite #11
112 Prospect Street                        Madison, Connecticut 06443
Stamford, Connecticut 06901                (203) 245-6176
(203) 348-2465