UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| BENIAMIN LOZOVSKIY,<br>        Plaintiff<br>DESHENG ZHOU,<br>        Consolidated Plaintiff<br><br>    v.<br><br>DESHENG ZHOU,<br>MICHAEL A. BISHOP,<br>JP NOONAN TRANSPORTATION,<br>        Defendants<br>BENIAMIN LOZOVSKIY,<br>        Consolidated Defendant | 3:01cv761 HBF<br>Consolidated with<br>3:01cv1495 HBF |

## JUDGMENT

This cause came on for trial before a jury and the Honorable Holly B. Fitzsimmons, United States Magistrate Judge after a Consent to Proceed Before a United States Magistrate Judge was filed on February 12, 2004. On June 7, 2004, a Stipulation of Dismissal was filed as to Member Case 3:01cv1495, dismissing the claims between plaintiff Beniamin Lozovskiy, and defendants Desheng Zhou, Michael A. Bishop and JP Noonan Transportation. After deliberation, the jury returned a verdict in favor of the consolidated defendant Beniamin Lozovskiy and found negligence against Defendants Michael A. Bishop and JP Noonan Transportation, but found that the negligence of defendants Bishop and JP Noonan Transportation was not a proximate cause of plaintiff Zhou's injuries. No Damages were awarded.

It is therefore ORDERED and ADJUDGED that judgment is hereby entered for the consolidated defendant Beniamin Lozovskiy and for defendants Michael A. Bishop and JP Noonan Transportation, and the case is closed.

Dated at Bridgeport, Connecticut, this 30th day of June, 2004.

KEVIN F. ROWE, Clerk

By____/s/_____
        Deputy Clerk

Entered on Docket_____