FILED
2004 JUN 30 A 11:48
U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------x
DESHENG ZHOU                         :    CIVIL ACTION
                  Plaintiff,         :
                                     :
V.                                   :    NO. 3:01CV00761 (HBF)
                                     :
MICHAEL BISHOP, J. P. NOONAN         :
TRANSPORTATION DBA JEP, INC. AND     :
BENJAMIN LOZOVSKIY                   :
                                     :
                  Defendants.        :    JUNE 21, 2004
------------------------------------------------------x

### STIPULATION

It is hereby agreed, between the above-named parties and their counsel as follows:

1. On or about June 13, 2004, the defendants Michael Bishop and JP Noonan Transportation, DBA JEP, Inc. filed a defendants' Bill of Costs.

2. It has been agreed and stipulated between counsel for the parties, that the time by which the plaintiff, Desheng Zhou may either object to Defendants' Bill of Costs or reach a settlement, is extended to July 19, 2004.

DESHENG ZHOU, PLAINTIFF                      MICHAEL BISHOP & JP NOONAN
                                             TRANSPORTATION DBA JEP, INC.,
                                             DEFENDANTS

BY: _____                BY: _____
Hugh J Donnelly, Esq.                        Theodore W. Heiser, Esq.
Law Offices of Anthony A. Piazza             Gibson & Behman, P.C.
Counsel for the Plaintiff                    71 Bradley Road, Suite #11
112 Prospect Street                          Madison, Connecticut 06443
Stamford, Connecticut 06901                  (203) 245-6176
(203) 348-2465

LAW OFFICES OF
ANTHONY A. PIAZZA
112 PROSPECT STREET
STAMFORD, CONNECTICUT 06901-1207
(203) 348-2465
JURIS NUMBER 43221

