United States District Court
District of Connecticut
FILED AT    BRIDGEPORT

5/7/04                    20
Kevin F. Rowe, Clerk

By...........................

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DESHENG ZHOU, ET AL., | CIVIL ACTION |
| Plaintiffs, | NO. 3:01cv00761 (AHN) |
| against | |
| MICHAEL BISHOP, ET AL., | MAY 7, 2004 |
| Defendants. | |

### AFFIRMATION OF COUNSEL

I, THEODORE W. HEISER, counsel for the defendant, J.P. Noonan Transportation, Inc., do hereby affirm and attest to the following facts, set forth in support of the defendant's motion for permission to offer deposition testimony at the trial of the above matter:

1. By letter dated April 1, 2004, undersigned counsel advised Michael Bishop of the trial scheduled in this matter to begin (at that time) on May 3, 2004, and confirming that he would be expected to appear.

2. Sometime during the weeks of April 12, 2004, or April 19, 2004, I spoke to Mr. Bishop by telephone and again confirmed that his attendance at trial would be necessary and that more specific details of his appearance would be discussed in the coming weeks.

3. Since that time, I have made numerous attempts to contact Mr. Bishop by telephone. I have left at least five messages at his home phone number requesting that he call

1

me or my office. I am also aware that other attorneys and staff in my office have left similar message for Mr. Bishop at his home, including speaking directly to his wife or girlfriend. Most of those attempts have occurred in the last week.

4. On April 28, 2004, I executed a subpoena demanding Mr. Bishop's appearance at the trial from May 4, 2004, through May 10, 2004.

5. It is my understanding that service of the subpoena was attempted on April 29, 2004, at Mr. Bishop's usual place of abode, 37 Summit Street in West Springfield, Massachusetts. In hand service was not accomplished. However, the subpoena was left at his usual place of abode and a copy was sent to him by mail to the address of his usual place of abode.

6. Following service of the subpoena, my office continued its attempts to contact Mr. Bishop by phone and also contacted Mr. Bishop's present employer who confirmed that he was still in West Springfield.

7. On May 5, 2004, my office retained the service of Walsh Claims Services to perform a name search on Michael Bishop. That search confirmed that Mr. Bishop's home address had not changed nor had his employer. On May 6, 2004, a representative of Walsh Claims Services visited both Mr. Bishop's employer and his home. He was unable to speak to Mr. Bishop in a further attempt to procure his attendance at the trial.

_____
Theodore W. Heiser

Dated: May 7, 2004

2