UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED 2004 JUL 19 A 9:26

| | |
|---|---|
| DESHENG ZHOU, ET AL : | CIVIL ACTION |
| : | NO. 3:01 CV 00761 (AHN) |
| Plaintiffs : | |
| vs. : | |
| MICHAEL BISHOP, ET AL : | JULY 16, 2004 |
| Defendants : | |

### PLAINTIFF'S OBJECTION TO DEFENDANTS' BILL OF COSTS

The plaintiff, Desheng Zhou, by his counsel, the Law Offices of Anthony Piazza, hereby file this objection pursuant to F.R.C.P. Rule 54 to the bill of costs submitted by the defendants, Michael Bishop and J.P. Noonan, dated June 13, 2004 seeking the recovery of costs in the sum of $16,841.87. By signed Stipulation dated June 21, 2004, counsel for the plaintiff, Desheng Zhou and the defendants Michael Bishop and J.P. Noonan Transportation, Inc. agreed to extend the time by which the plaintiff would either settle or file a objection to the bill of costs by July 19, 2004. The plaintiff, by his counsel objects to the defendants' bill of costs because some of the costs sought to be recovered are either unreasonable or excessive. Therefore, the plaintiff requests that the Court set down this matter for a hearing so that argument may be heard with regard to the defendants' bill of

THE PIAZZA LAW FIRM
112 PROSPECT STREET
STAMFORD, CONNECTICUT 06901-1207
JURIS NUMBER 43221

costs. Further, the plaintiff requests that this hearing be scheduled on some date after August 2, 2004 in order to allow counsel for the defendants Michael Bishop and J.P. Noonan Transportation, Inc. to be able to attend.

WHEREFORE, the plaintiff, Desheng Zhou, objects to the proposed bill of costs submitted by the defendants and requests that the Court set this matter down for a hearing.

                        THE PLAINTIFF
                        DESHENG ZHOU

By: _____
     Hugh J. Donnelly
     Law Offices of Anthony A. Piazza
     112 Prospect Street
     Stamford, Connecticut 06901
     (203) 348-2465
     Juris No. 43221

THE PIAZZA LAW FIRM
112 PROSPECT STREET
STAMFORD, CONNECTICUT 06901-1207
JURIS NUMBER 43221

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent by overnight delivery on this 16 day of July, 2004 to:


Theodore W. Heiser
Gibson & Behman, P.C.
71 Bradley Road, Suite 11
Madison, Connecticut 06443


John W. Dietz
Halloran & Sage LLP
315 Post Road
Westport, Connecticut 06880

_____
Hugh J. Donnelly

THE PIAZZA LAW FIRM
112 PROSPECT STREET
STAMFORD, CONNECTICUT 06901-1207
JURIS NUMBER 43221