UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 AUG -5 P 2: 28
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| DESHENG ZHOU, ET AL. | : |
| v. | : CASE NO 3:01CV761(AHN) |
| MICHAEL BISHOP, ET AL. | : |

### REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge <u>Holly B. Fitzsimmons</u> for the following purposes:

\_\_\_\_  All purposes INCLUDING trial so long as the parties consent to trial before the magistrate judge (orefcs.). <u>Note</u>: Consent has been filed.

\_\_\_\_  A ruling on all pretrial motions except dispositive motions (orefmisc./dscv).

\_\_\_\_  To supervise discovery and resolve discovery disputes (orefmisc./dscv).

\_X\_\_  A ruling on the following motions which are currently pending (orefm.): **Doc. 81: Defendants' Bill of Costs**

\_\_\_\_  A settlement conference (orefmisc./cnf).

\_\_\_\_  A conference to discuss the following (orefmisc./cnf):

\_\_\_\_  Other (orefmisc./misc):

SO ORDERED this 4th day of August, 2004, at Bridgeport, Connecticut.

```
                    _____
                         Alan H. Nevas
                    United States District Judge
```