FILED

2005 SEP -2 P 12: 26

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DESHENG ZHOU, ET AL., | * CIVIL ACTION |
| | * NO. 3:01cv00761 (AHN) |
| Plaintiffs, | * |
| against | * |
| MICHAEL BISHOP, ET AL., | * AUGUST 31, 2005 |
| Defendants. | * |

## SUPPLEMENTAL SUBMISSION ON BILL OF COSTS

COME NOW, the defendants, Michael Bishop and J.P. Noonan Transportation, Inc., and submit the following supplemental submission concerning its bill of costs.

The Court issued its Ruling on Defendant's Bill of Costs (the "Ruling") on August 23, 2005. The Ruling awarded total costs of $1,486.00. However, the Ruling indicated that the award of transcript fees was "to be determined" because the invoices submitted in support of the bill of costs did not set forth the number of pages transcribed for the depositions of plaintiff, Desheng Zhou, and Trooper Messenger.

Attached hereto at Exhibit 1 are the cover page,

1

certification page and invoice for the transcript of Desheng Zhou's deposition, which indicate that the transcript totaled 72 pages excluding the certification page. Attached hereto at Exhibit 2 are the cover page, certification page and invoice for the transcript of Trooper Messenger's deposition, which indicate that the transcript totaled 73 pages excluding the certification page.

Undersigned counsel contacted plaintiff's counsel, Richard Grant, to request an agreement or stipulation concerning the number of pages of each deposition. Plaintiff's counsel indicated that he would not stipulate to the number of pages of the depositions.

The defendant's bill of costs sought a total of $330.51 related to the Zhou deposition. Of that total claim, $75.00 represented an appearance fee for the court reporter, which the Court already awarded to the defendant. The remainder ($255.51) represented the costs of transcription. The defendant's bill of costs sought a total of $316.52 related to the Messenger deposition. Of that total claim, $65.00 represented an appearance fee for the court reporter, which the Court already awarded to the defendant. The remainder ($251.52) represented the costs of transcription.

In the Court's Ruling, the Court indicated that it would

award "the lesser of the cost actually charged by the court reporter or the number of pages of the transcript (the original and one copy) at the prevailing rate of $3.75 per page." Because the Zhou transcript totaled 72 pages, the prevailing rate of $3.75 per page would result in a total cost of $270.00 for that deposition. Because the Messenger transcript totaled 73 pages, the prevailing rate of $3.75 per page would result in a total cost of $273.75 for that deposition. The amount sought in the defendants' bill of costs for the transcription costs of each deposition is less than the prevailing rate.

WHEREFORE, the defendants request that the Court supplement the Ruling and award transcription fees of $255.51 for the Zhou deposition and $251.52 for the Messenger deposition.

Respectfully submitted,

GIBSON & BEHMAN, P.C.

By: _____
Theodore W. Heiser
Gibson & Behman, P.C.
Counsel for the Defendants
J.P. Noonan and Michael Bishop
71 Bradley Road, Suite 11
Madison, Connecticut 06443
(203) 245-6176
CT 23807
theiser@gibsonbehman.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent by regular mail on this 31st day of August 2005, to:

John Dietz, Esq.
Halloran & Sage, LLP
315 Post Road
Westport, Connecticut  06880

Richard Grant, Esq.
Piazza Law Offices, LLC
112 Prospect Street
Stamford, Connecticut  06901-1207

_____
Theodore W. Heiser

# NIZIANKIEWICZ MILLER &

972 TOLLAND STREET
EAST HARTFORD, CT 06108-1533
(860) 291-9191
FAX (860) 528-1972

*Daniel S. Niziankiewicz*
*Robert Miller*

```
MICHAEL MAHONEY, ESQUIRE
GIBSON & BEHMAN, P.C.
18 TRUMBULL STREET
NEW HAVEN, CT   06511                          DATE       05/09/2002
                                                INVOICE        17852
                                                CLIENT          3722
                                                REFERENCE MAN
```



```
Re: BENJAMIN LOZOVSKIY      MICHAEL A. BISHOP, ET AL
Assignment Date: March 25, 2002


Deposition Of - DESHENG ZHOU

USDC ORIGINAL & 1                                          236.80
APPEARANCE FEE                                              75.00
                                                        ==========
                                     Total Amount  $       311.80
                                             Tax  $         18.71
                                       Total due  $        330.51
```

WE APPRECIATE YOUR BUSINESS!
PAYMENT DUE UPON RECEIPT OF THIS INVOICE

NIZIANKIEWICZ & MILLER Reporting
Federal Tax Id#: 06-1113444

CLIENT'S COPY

```
 1    UNITED STATES DISTRICT COURT

 2    DISTRICT OF CONNECTICUT

 3    ---------------------------------------------x

 4    BENJAMIN LOZOVSKIY                    ORIGINAL

 5                        Plaintiff

 6          - against -      NO. 3:01CV00761 (AHN)

 7    MICHAEL A. BISHOP, JP NOONAN

 8    TRANSPORATION and DESHENG

 9    ZHOU,

10                        Defendants

11    ---------------------------------------------x

12

13            DEPOSITION OF DESHENG ZHOU

14

15    APPEARANCES:

16

17          Gibson & Behman, P.C.
            Attorneys for Defendants,
18          Michael Bishop and JP Noonan
            Transportation
19              18 Trumbull Street
                New Haven, Connecticut 06511
20          BY:  MICHAEL MAHONEY, ESQ., of Counsel

21
            CASSIDY, MIOLENE & MAZZA
22          Attorney for the Defendant,
            Desheng Zhou
23              1375 Kings Highway East
                Fairfield, Connecticut 06430
24          BY:  KIERAN S. CASSIDY, ESQUIRE

25
```

NIZIANKIEWICZ & MILLER REPORTING SERVICES

```
 1     APPEARANCES, continued:

 2              MCNAMARA & KENNEY, ESQ.
                Attorneys for Plaintiff,
 3              Benjamin Lozovskiy
                    375 Bridgeport Avenue
 4                  Shelton, Connecticut 06484
                BY:  BRIAN E. BRIONES, ESQ. of Counsel
 5


 6              PIAZZA & PICKEL, LLC.
                Attorneys for the Plaintiff,
 7              Desheng Zhou
                    112 Prospect Street
 8                  Stamford, Connecticut 06901
                BY:  MICHELLE NAPOLI, ESQ., of Counsel
 9


10              HALLORAN & SAGE, LLP.
                Attorneys for Defendant,
11              Benjamin Lozovskiy
                    315 Post Road
12                  Westport, Connecticut 06880
                BY:  JOHN DIETZ, ESQ., of Counsel
13

14              THE INTERPRETER: HUIXIA HU

15              ALSO PRESENT:  BOB DUPUIS

16

17                       GARY MANCINO
                         LICENSED SHORTHAND REPORTER
18

19

20

21

22

23

24

25


              NIZIANKIEWICZ & MILLER REPORTING SERVICES
```

```
 1              . . . Deposition of Desheng Zhou, the
 2        Defendant, taken on behalf of the Defendants
 3        Michael A. Bishop, JP Noonan Transportation
 4        in the hereinbefore entitled action,
 5        pursuant to Section 242, et seq., of the
 6        Connecticut Practice Book, before Gary
 7        Mancino, LSR, duly qualified Notary Public
 8        in and for the state of Connecticut, held at
 9        the Law Offices of Halloran & Sage, 315 Post
10        Road, Westport, Connecticut 06880,
11        commencing at 11:40 a.m., on Monday, March
12        25, 2002. . .
13                   S T I P U L A T I O N S
14             It is hereby stipulated and agreed by
          and among counsel for the respective parties
15        that all formalities in connection with the
          taking of this deposition, including time,
16        place, sufficiency of notice, and the
          authority of the officer before whom it is
17        being taken may be and are hereby waived.
               It is further stipulated and agreed
18        that objections other than as to form are
          reserved to the time of trial.
19             It is further stipulated and agreed
          that the reading and signing of the
20        deposition are not waived.
               It is further stipulated that the proof
21        of the qualifications of the Notary Public
          before whom the deposition is being taken is
22        hereby waived.
23
24
25
```

```
1    STATE OF CONNECTICUT   :
                             ss.
2    COUNTY OF HARTFORD     :

3            I, Gary Mancino, LSR, a Notary Public
4    for the State of Connecticut, do hereby
5    certify that the deposition of DESHENG ZHOU
6    was taken before me pursuant to Section 242,
7    et seq., of the Connecticut Practice Book,
8    at the offices of Halloran & Sage, 315 Post
9    Road, Westport, Connecticut.
10           I further certify that the witness was
11   first sworn by me to tell the truth, the
12   whole truth, and nothing but the truth, and
13   was examined by counsel, and his testimony
14   stenographically reported by me and
15   subsequently transcribed as hereinbefore
16   appears.
17           I further certify that I am not related
18   to the parties hereto or their counsel, and
19   that I am not in any way interested in the
20   event of said cause.
21           Dated at Hartford, Connecticut, the
22   30th day of April, 2002.
23
24                        _____
                          Gary Mancino, LSR
                          Notary Public
25          My Commission Expires May 31, 2003
```

NIZIANKIEWICZ & MILLER REPORTING SERVICES

```
 1                        INDEX
 2  WITNESS          DIRECT   CROSS   REDIRECT   RECROSS
 3  DESHENG ZHOU
 4  BY MR. MAHONEY     4                 72
 5  BY MR. BRIONES    60
 6  BY MR. DIETZ      70
 7                       EXHIBITS
 8  PLAINTIFF'S       DESCRIPTION            FOR I.D.
 9  Exhibit 1     Four page accident report    67
10  DEFENDANT'S       DESCRIPTION            FOR I.D.
11  Exhibit 1     Accident report              38
12  Exhibits 2    Five photographs             44
13  through 6
14  Exhibit 7     photograph                   48
15  Exhibit 8     Seven photographs            50
16  through 14
17
18
19
20
21
22
23
24
25
```



# NIZIANKIEWICZ MILLER & M

972 TOLLAND STREET
EAST HARTFORD, CT 06108-1533
(860) 291-9191
FAX (860) 528-1972

*Daniel S. Niziankiewicz*
*Robert Miller*

THEODORE W. HEISER, ESQUIRE
GIBSON & BEHMAN, P.C.
18 TRUMBULL STREET
NEW HAVEN, CT  06511

DATE         04/18/2002
INVOICE         17428
CLIENT           3485
REFERENCE BUR



Re: BENJAMIN LOZOVSKIY    MICHAEL A. BISHOP
Assignment Date: April 11, 2002

Deposition Of - TROOPER MESSENGER

USDC ORIGINAL & 1                                            233.60
APPEARANCE FEE                                                65.00
                                                          ==========
                                    Total Amount $           298.60
                                             Tax $            17.92
                                       Total due $           316.52

WE APPRECIATE YOUR BUSINESS!
PAYMENT DUE UPON RECEIPT OF THIS INVOICE

NIZIANKIEWICZ & MILLER Reporting
Federal Tax Id#: 06-1113444

CLIENT'S COPY

```
 1              UNITED STATES DISTRICT COURT
 2                 DISTRICT OF CONNECTICUT
 3   BENJAMIN LOZOVSKIY
 4       Against                      NO. 3:01CV00761(AHN)
 5   MICHAEL A. BISHOP,
 6   JP NOONAN TRANSPORTATION and
 7   DESHENG ZHOU                     APRIL 11, 2002
 8
 9                                              ORIGINAL
10            DEPOSITION OF TROOPER MESSENGER
11   A P P E A R A N C E S:
12       MCNAMARA & KENNEY
             Attorneys for the Plaintiff
13           375 Bridgeport Avenue
             Shelton, Connecticut 06484
14       BY: CHRISTY DOYLE, ESQ.
15       GIBSON & BEHMAN, PC
             Attorneys for the Defendant
16           18 Trumbull Street
             New Haven, Connecticut 06511
17       BY: THEODORE W. HEISER, ESQ.
18   (APPEARANCES CONTINUED)
19                    REPORTED BY:
                      QIANA M. BURGESS
20               LICENSED SHORTHAND REPORTER
                      LICENSE NO. 327
21
22       NIZIANKIEWICZ & MILLER REPORTING SERVICES
23                  972 Tolland Street
24       East Hartford, Connecticut 06108-1533
25            Telephone (860) 291-9191
```

```
 1        A P P E A R A N C E S   C O N T I N U E D:

 2            HALLORAN & SAGE, LLP
                  Attorneys for Lozovskiy as Defendant
 3                315 Post Road West
                  Westport, Connecticut 06880
 4            BY: JOHN DIETZ, ESQ.

 5

              PIAZZA & PICKEL, LLC
 6                Attorneys for Zhou as Plaintiff
                  12 Prospect Street
 7                Stamford, Connecticut 06901-1207
              BY: MICHELLE NAPOLI-LIPSKY, ESQ.
 8


 9            GIBSON & BEHMAN, PC, PMB 2200
                  Attorneys for the Witness
10                233 Broadway, Suite 22
                  New York, New York 10279
11            BY: LA TANYA LANGLEY ALI, ESQ.

12


13            JP NOONAN TRANSPORTATION, INC.
                  The Defendants
14                415 West Street
                  West Bridgewater, MA 02379
15            BY: BOB DUPUIS, SAFETY DIRECTOR

16

17

18

19

20

21

22

23

24

25
```

```
 1        Deposition of TROOPER MESSENGER taken pursuant
          to the Rule of Civil Procedure before Qiana M. Burgess,
 2        Professional Shorthand Reporter and Notary Public within
          and for the State of Connecticut, held at the OFFICES OF
 3        HALLORAN & SAGE, 315 Post Road West, Westport, Connecticut
          on April 11, 2002 at 10:30 A.M.
 4

 5        IT IS HEREBY STIPULATED AND AGREED by and between

 6   counsel representing the parties that each party reserves

 7   the right to make specific objections at the trial of the

 8   case to each and every question asked and of answers given

 9   thereto by the deponent, reserving the right to move to

10   strike out where applicable, except as to such objections

11   as are directed to the form of the question.

12        IT IS HEREBY STIPULATED AND AGREED by and between

13   counsel representing the respective parties that proof of

14   the official authority of the Notary Public before whom

15   this deposition is taken is waived.

16        IT IS FURTHER STIPULATED AND AGREED by and between

17   counsel representing the respective parties that the

18   reading and signing of the deposition by the deponent is

19   waived.

20        IT IS FURTHER STIPULATED AND AGREED by and between

21   counsel representing parties that all defects, if any, as

22   to the notice of the taking of the deposition are waived.

23        Filing of the Notice of Deposition with the original

24   transcript is waived.

25
```

1                     C E R T I F I C A T E

3         I hereby certify that I am a Notary Public, in
4  and for the State of Connecticut, duly commissioned and
5  qualified to administer oaths.
6         I further certify that the deponent named in the
7  foregoing deposition was by me duly sworn, and thereupon
8  testified as appears in the foregoing deposition; that said
9  deposition was taken by me stenographically in the presence
10 of counsel and reduced to typewriting under my direction,
11 and the foregoing is a true and accurate transcript of the
12 testimony.
13        I further certify that I am neither of counsel
14 nor attorney to either of the parties to said suit, nor am
15 I an employee of either counsel in said suit, nor am I
16 interested in the outcome of said cause.
17        Witness my hand and seal as Notary Public this
18 <u>16th</u> day of April, 2002.

                                _____
                                QIANA   M.   BURGESS
                                Connecticut License No. <u>00327</u>

INDEX OF EXHIBITS

1
2
3   PLAINTIFF'S EXHIBITS                                      PAGE
4   PLAINTIFF'S EXHIBIT 1    DIAGRAM                          39
5   PLAINTIFF'S EXHIBIT 2    DIAGRAM                          41
6   PLAINTIFF'S EXHIBIT 3    PHOTO                            47
7   PLAINTIFF'S EXHIBIT 4    CODE SHEET                       51
8
9   DEFENDANT'S EXHIBITS
10  DEFENDANT'S EXHIBIT 1    POLICE REPORT                    13
11  DEFENDANT'S EXHIBIT 1    AMENDED POLICE REPORT            17
12
13
14
15
16
17
18
19
20
21
22
23
24
25