```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
                                         :
DESHENG ZHOU, ET AL                      :
                                         :
v.                                       :   CIV. NO. 3:01CV761 (AHN)
                                         :
MICHAEL BISHOP, ET AL                    :
                                         :
```

## RULING ON SUPPLEMENTAL APPLICATION FOR ATTORNEYS' FEES AND COSTS

On August 23, 2005, this Court ruled on defendants' Application for Fees and Costs, granting the motion. The Court presumes familiarity with this case and the background relevant to this motion, as set forth in the initial ruling on fees and costs. Accordingly, this ruling will not repeat prior findings and arguments and will only address the issues and questions raised by this supplemental application.

In the initial Application for Fees and Costs, defendants included the transcript costs for the depositions of plaintiff, Desheng Zhou, and Trooper Messenger. In its Ruling on the initial Application, the Court found that these depositions were taken out of necessity, and that the defendants were entitled to the costs of the transcripts. However, the bills submitted by defendants did not break down the per page cost of the two transcripts. The Court ordered that "Defendants' cost [for the transcripts] will be the lesser of the cost actually charged by the court reporter or the number of pages of the transcript (the

original and one copy) at the prevailing rate of $3.75 per page." Ruling at p. 8., n. 3.

Defendants have now submitted documents evidencing that the transcript of plaintiff, Desheng Zhou, totaled 72 pages. The total cost of the original transcript and one copy, plus tax, was $255.51. As the total cost charged by the court reporter is less than the cost allowed by the prevailing rate (that is, $270.00), the Court awards defendants the amount of $255.51 for the deposition costs of plaintiff

Defendants have also submitted documents evidencing that the transcript of Trooper Messenger totaled 73 pages. The total cost of the original transcript and one copy, plus tax, was $251.52. As the total cost charged by the court reporter is less than the cost allowed by the prevailing rate (that is, $273.75), the Court awards defendants the amount of $251.52 for the deposition costs of Trooper Messenger.

ENTERED at Bridgeport this 8th day of November 2005.

____/s/_____
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE